# The State of _____

## Jurisdiction: _____

Barack Obama, aka: Barack Obama, Jr., aka: Barack Hussein Obama, aka: Barry Soetoro; aka: Barry Obama; aka: Barack Obama, presumed President of the United States
   *Defendant*

```
Received by:
(Court stamp or person's name and signature)
```

# Grand Jury Presentments

# Re: Fraud (eligibility) and Treason

## Representative of American Grand Jury

Name: *Carl A. Swensson*

Address: *165 Burke St, Stockbridge, Ga. 30281*

Signature: *C. A. Swensson*

**Attachments hereto and made a part hereof.**

State of _Washington DC_
County of _____

On this, the __29th__ day of __June__, 2009, before me a notary public, the undersigned, personally appeared

__Carl A. Swensson__, known to me (or satisfactorily proven) to be the person whose name is subscribed to this document, and acknowledged that he/she is Representative for American Grand Jury and executed the same for the purposes therein contained.

In witness hereof, I hereunto set my hand and official seal.

```
PAUL A. PALMER
NOTARY PUBLIC
District of Columbia
My Commission Expires March 15, 2013
```

_____
Notary Public

# Presentments: American Grand Jury
# June 24, 2009

**On June 24, 2009 the American Grand Jury convened and conducted its final day of deliberations with regard to CRIMINAL activity, complaints and allegations presented before said Grand Jury.**

Such charges and presentments of criminal activity were handed down against the person(s) known as Barack Obama, aka: Barack Obama, Jr., aka: Barack Hussein Obama, aka: Barry Soetoro; aka: Barry Obama; aka: Barack Obama, presumed President of the United States (hereinafter known as Obama);

**Said Grand Jury was duly organized and empowered under the laws of the Constitution of United States of America as follows:**

## Scope and Authority of the Grand Jury

**The Constitution of the United States, Amendment 1 and Amendment 5, known as portions of the Bill of Rights states:**

Amendment 1: *Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.*

Amendment 5: *No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury,*

Said Grand Jury was convened under the power and authority vested with the people as guaranteed under the Constitution, Amendment 5, Bill of Rights.

The convened Grand Jury was "national" in nature, represented by people of the United States, said people being citizens as were sworn under Oath as to Eligibility for and Service in behalf of the Grand Jury:

**Each Jury member was eligible as follows:**

    1) A citizen of the United States;
    2) A citizen of eighteen (18) years or older;
    3) A resident of a State chartered within the United States of America
    4) Were in possession of his/her natural faculties, of ordinary intelligence, of sound judgment and of fair character;
    5) Possessed a sufficient knowledge of the English language;
    6) Were not serving as a trial juror in any court;

7) Had not been convicted of a malfeasance in office, a felony, or other high crime;
8) Were not serving as an elected public officer.

**Each Jury member did SWEAR or AFFIRM as follows:**

*"That I (jury member) shall diligently inquire, and true presentment make, of all such matters as may be given me before the jury, or shall come to my knowledge, touching such service. I shall present no person through prejudice or ill will, nor leave any un-presented through fear or favor, but in all my presentments shall endeavor to present the truth, the whole truth, and nothing but the truth (affirmed) or so help me God (sworn)."*

Said affirmation or sworn oath was duly subscribed by appearance of each jury member before a notary public whereby each jury member affirmed or swore the Oath of Office for service to the Grand Jury; furthermore each jury member verbally repeated the "oath" and acknowledged their eligibility in front of said notary by signing their name in execution. Said notary acknowledged that said jury member executed the "Eligibility and Oath of Office" document for the purposes therein contained by placing their notary hand and seal upon the document.

Each original jury member's "Oath of Office and Eligibility" document was sealed and recorded in a central location for purposes of empowering the Grand Jury.

A jury foreman (moderator) and alternate jury foreman were appointed to conduct the Grand Jury hearing.

Said Grand Jury hearing was conducted in secrecy. All evidence was sealed and protected. All witnesses were sworn under oath. All presentments (charges) were voted upon. Said Grand Jury was comprised of 173 regular Grand Jury members, including 4 Jury Foremen.

## Criminal complaints were placed before the Grand Jury

**COUNT ONE:**

**That Obama is NOT eligible under the laws of the Constitution of the United States as provided for in Article II, Section 1.**

Said Article II, Section 1 states:

*"No person except a natural born Citizen, or a Citizen of the United States, at the time of the Adoption of this Constitution, shall be eligible to the Office of President; neither shall any Person be eligible to that Office who shall not have attained to the Age of thirty-five Years, and been fourteen Years a Resident within the United States."*

**Wherefore, Obama is not a "natural born Citizen" for the following reasons:**

**1) <u>Obama was NOT born of mother and father who were BOTH US Citizens.</u>**

> *"These facts are not in dispute: Under the British Nationality Act 1948, Obama's father was a British citizen/subject when he was born in the English colony of Kenya. Obama's father continued to be such and not a U.S. citizen when Obama was born in 1961. Under the same BNA 1948, at birth, regardless of where he was born, Obama also became a British citizen/subject by descent from his British father.*
>
> *As applicable only to a Presidential Article II 'natural born Citizen':*
>
> *...the individual must be born in the United States to a mother and father who are themselves United States citizens (by birth or naturalization). This is to assure that a would-be, all powerful President and Commander in Chief of the Military has sole allegiance and loyalty to the United States from the time of birth.*
>
> *It is public knowledge that Obama has admitted in his writings and otherwise that when he was born, his father was a British citizen/subject and not a United States citizen and that at that time he himself also became such. In fact, his father was not even a permanent resident of the United States, but rather only a student who would probably have been here only on a temporary student visa. Hence, not only was Obama's father not a United States citizen but Obama himself was born a British subject/citizen. Hence, clearly, Obama is not and cannot be an Article II 'natural born Citizen.' The operative facts are not in dispute."*

Mario Apuzzo, Esq.
Licensed Attorney
Jamesburg NJ 08831

## 2) **Obama was a British citizen 'at birth.'**

*"Since Barack Obama's father was a citizen of Kenya and therefore subject to the jurisdiction of the United Kingdom at the time of Obama's birth, then Obama was a British citizen 'at birth.'"*

*"The Framers of the Constitution, at the time of their birth,"* Donofrio writes, *"were also British citizens, and that's why the Framers declared that, while they were citizens of the United States, they themselves were not 'natural born citizens."*

*"Therefore,"* Donofrio summarizes, *"even if he were to produce an original birth certificate proving he were born on U.S. soil, he still wouldn't be eligible to be president."*

Leo Donofrio, Esq.
Licensed Attorney
State of New Jersey

**COUNT TWO:**

**The charge of "Treason" against Obama is before the people of the United States of America. That such complaint is CRIMINAL, of high crimes, and extremely damaging against the people.**

Said complaint was formally brought by a Military Officer (retired) of the United States of America. All United States Military Officers are sworn to uphold the Constitution of the United States and such complaint is valid, explicit and proper; when an Officer is aware of such malfeasance of Treason by an offender it is that Officer's SWORN duty to come forward and present such accusation and complaint;

**The Military Officer who filed the complaint is Lt. Commander Walter Fitzpatrick, III, retired, United States Navy and a graduate of the United States Naval Academy;**

Lt. Commander Fitzpatrick on March 17, 2009 did hereby make such criminal accusation and complaint against Obama and presented said complaint before the U.S Attorney Russell Dedrick, and Assistant U.S. Attorney Edward Schmutzer, Eastern District, Tennessee;

An original photocopy of said complaint was submitted to the Grand Jury as evidence for immediate investigation;

**<u>Said original photocopy of the complete criminal complaint is attached as Exhibit "A" hereto and made a part hereof;</u>**

Lt. Commander Fitzpatrick was sworn under oath before the Grand Jury to testify as to the true nature and details regarding said criminal complaint filed against Obama;

Said criminal complaint by Lt. Commander Fitzpatrick and his "accusation of Treason" is quoted in the excerpt below:

*"Now you [Obama] have broken in and entered the White House by force of contrivance, concealment, conceit, dissembling, and deceit. Posing as an impostor president and commander in chief you have stripped civilian command and control over the military establishment. Known military criminal actors-command racketeers-are now free in the exercise of military government intent upon destruction of America's constitutional government.*

***We come now to this reckoning. I accuse you and your military-political criminal assistants of TREASON.*** *I name you and your military criminal associates as traitors. Your criminal ascension manifests a clear and present danger. You fundamentally changed our form of government. The Constitution no longer works.*

*Confident holding your silent agreement and admission, I identify you as a foreign born domestic enemy.*

*My sworn duty Mr. Obama is to stand against what you stand for. You are not my president. You are not my commander in chief."*

## Scope of Investigations and Deliberations of the Grand Jury hearing

**Wherefore, the Grand Jury conducted its session over a period of 10 days from Monday, June 15, 2009 through Wednesday, June 24, 2009. The final voting days were conducted on Tuesday and Wednesday, June 23 through June 24, 2009.**

The American Grand Jury met in closed session comprising an attendance of 173 jury members, 3 regular Jury Foremen, plus 1 Jury Foreman (as moderator). The Jury Foreman who was the moderator did not vote. The final vote included 172 jury members. The final voting count was tabulated and attested to on Wednesday, June 24, 2009

Such hearing was conducted online in a private website for the express purpose of conducting said Grand Jury assembly and hearing. Such hearing was secure and unencumbered by outside intervention or public intrusion.

Each Jury member had full access to the evidence, written and visible (in the form of scanned and photographed documents embedded in said private website). Each Jury member was given 8 days (in advance) in private session (using the facilities of the private website) to study the evidence, present questions and form an opinion as to the validity and truthfulness of said evidence.

The final Grand Jury voting days of June 23, 2009 through June 24, 2009 were scheduled following said 8 days of evidence review.

**All counts (as listed above) were voted upon by the 172 jury members.**

All communications (email, chat messages, jury foreman messages, surveys, reports, testimony) were conducted in written English. All said communications were securely saved in a database server as permanent records.

**The final votes were as follows: 172 members voted "Yes" to hand down the Presentments against Obama.**

The Grand Jury concluded the hearing after handing down the final vote and affirming said counts and presentments.

## The Presentments and such Remedies as prayed for by the Grand Jury

**Now therefore:**

The Grand Jury hereby prays the Court take said Presentments and formally charge AND prosecute Obama under **Count One: fraud against the people of the United States of America by reason of:**

> **That Obama is NOT eligible under the laws of the Constitution of the United States as provided for in Article II, Section 1.**

**Furthermore,** the Grand Jury hereby prays the Court will formally charge AND prosecute Obama with "Treason" as attested to in **Count Two:**

**Page –6–**

**<u>That the charge of "Treason" against Obama is before the people of the United States of America. That such complaint is CRIMINAL, of high crimes, and extremely damaging against the people.</u>**

**Given on this day and year** of June 24, 2009 by final vote of the Jury Members of said American Grand Jury.

**Said presentments** are hereby attested to and verified by the 4 Jury Foremen on this day and year as first above mentioned:

*[signature]*
___
**Robert J. Campbell, Jury Foreman and Moderator**

*[signature]*
___
**Antonio B. Hinton, Jury Foreman**

*[signature]*
___
**William R. Cardwell, Jury Foreman**

*[signature]*
___
**Mack Ellis, Jury Foreman**