

## Identification of Jury Foreman (moderator)

Name: Robert John Campbell

Status: United States Citizen

Address: P.O. Box 1513, Nogales, AZ 85628

Signature:

Passport number is concealed for privacy. This information is available to the proper authorities, if required.

Page --8--



Identification of Jury Foreman

**Antonio B. Hinton**
**United States Citizen**
**Knoxville, Tennessee**



Identification of Jury Foreman

**William Randall Cardwell**
**United States Citizen**
**Knoxville, Tennessee**



Identification of Jury Foreman

**Mack Ellis**
**United States Citizen**
**Jonesboro, Arkansas**

| Name | Vote | | Name | Vote |
|---|---|---|---|---|
| Gladys - AK | YES | | Rudy - CA | YES |
| Carol - AL | YES | | Roger - CA | YES |
| Rhonda - AL | YES | | Blaine - CO | YES |
| Marie - AL | YES | | Kathleen - CO | YES |
| Jacqueline T. - AL | YES | | Jeff - CO | YES |
| Gregory - AL | YES | | Brigette - CO | YES |
| Larry - AL | YES | | Colette - CO | YES |
| Carol - AL | YES | | Lynn - CO | YES |
| Bill T. - AL | YES | | Sharon - CT | YES |
| Dallas T. - AL | YES | | Tyler - CT | YES |
| MACK - AR | YES | | Peter - CT | YES |
| John - AR | YES | | William - FL | YES |
| David - AR | YES | | Rev Charles - FL | YES |
| Betty - AR | YES | | Jerry - FL | YES |
| Bobbi - AR | YES | | Robert - FL | YES |
| Kay - AR | YES | | Dominick - FL | YES |
| Jacque - AR | YES | | Rose Ann - IL | YES |
| Lesli - AR | YES | | Carl - FL | YES |
| William - AR | YES | | Nancy - FL | YES |
| Maggie - AZ | YES | | Ken - FL | YES |
| Sal - AZ | YES | | Harry - FL | YES |
| Carole - AZ | YES | | Ron - FL | YES |
| debbi - AZ | YES | | Jim - FL | YES |
| Karen - AZ | YES | | Kent - HI | YES |
| Patricia - AZ | YES | | Julie - IL | YES |
| Arthur - AZ | YES | | Sister Mary - IL | YES |
| Dick - AZ | YES | | Dale - IL | YES |
| Barbara - AZ | YES | | Mary Ann - IL | YES |
| Melissa - AZ | YES | | Peter - IL | YES |
| Jackie - CA | YES | | Barb - IL | YES |
| James - CA | YES | | Pat - IL | YES |
| Carol - CA | YES | | Bob - IL | YES |
| Roberta - CA | YES | | Julie - IN | YES |
| Alexander - CA | YES | | Susan - IN | YES |
| Rebecca - CA | YES | | Patricia - IN | YES |
| Debra - CA | YES | | Bob - KS | YES |
| Neil - CA | YES | | David - KS | YES |
| Sharon - CA | YES | | Lois - KY | YES |
| Glenn - CA | YES | | Lynn - KY | YES |
| Ray - CA | YES | | Mark - LA | YES |
| Fran - CA | YES | | JOHN - LA | YES |
| Jeff - CA | YES | | Ann Marie - MA | YES |
| Elaine - CA | YES | | Lynne - MA | YES |

**Voting Register - A**

| Name | Vote | | Name | Vote |
|---|---|---|---|---|
| Sherri - MA | YES | | Marsha - TN | YES |
| George - MA | YES | | Cathie - TN | YES |
| Thom - MD | YES | | Mac - TN | YES |
| Ann - ME | YES | | J.J. - TN | YES |
| Chris - MI | YES | | William C. - TN | YES |
| Trish - MO | YES | | James - TN | YES |
| Charles - MO | YES | | Josh - TN | YES |
| Stanley - MO | YES | | Fran - TN | YES |
| Jackie - MO | YES | | Robert - TX | YES |
| Paul - MO | YES | | Judy - TX | YES |
| Jean - MO | YES | | Jeanette - TX | YES |
| Jerry - MO | YES | | Carl - TX | YES |
| Bill - MO | YES | | Al - TX | YES |
| Yvette - MS | YES | | Toni - TX | YES |
| SHAWN - MS | YES | | Thomas - TX | YES |
| Robert - NC | YES | | Alecia - TX | YES |
| Tish - NC | YES | | Kenneth - TX | YES |
| Jonathan - NC | YES | | Barbara - TX | YES |
| David - NC | YES | | Lesley - TX | YES |
| Greg - NH | YES | | Laura - TX | YES |
| Sue - NH | YES | | Sheilah - TX | YES |
| Jeff - NM | YES | | Lloyd - TX | YES |
| Jacqlyn - NV | YES | | Scott - TX | YES |
| dave - NV | YES | | William - TX | YES |
| Finbarr - NY | YES | | Penny - TX | YES |
| Eva - NY | YES | | Dianna - TX | YES |
| Renee - OH | YES | | Pete - TX | YES |
| Kanith - OH | YES | | Eric - TX | YES |
| Larry - OK | YES | | Darrell - TX | YES |
| Marcia - PA | YES | | Donna - TX | YES |
| Jim - PA | YES | | Phillip - TX | YES |
| Pam - PA | YES | | Linda - TX | YES |
| Gerry - PA | YES | | Ralph - VA | YES |
| Marsha - PA | YES | | Charlotte - VA | YES |
| Margaret - PA | YES | | Kaye - VA | YES |
| Kristy - SC | YES | | Shawn - WA | YES |
| Jeff - SC | YES | | Janice - WA | YES |
| John - SC | YES | | Keith - WA | YES |
| Eldon - SD | YES | | Steve - WA | YES |
| Phil - TN | YES | | Mike - WA | YES |
| Antonio - TN | YES | | John D - WA | YES |
| Byra - TN | YES | | Geri - WI | YES |
| William - TN | YES | | Carole - WV | YES |

**Voting Register – B**

**Total votes cast: 172 – unanimous – YES**



# UNITED STATES NAVAL ACADEMY

Tuesday, 17 March 2009

To: Mr. Barack Hussein Obama

Via: U.S. Attorney Russell Dedrick, and Assistant U.S. Attorney Edward Schmutzer, Eastern District. Tennessee

From: Walter Francis Fitzpatrick, III, United States Navy Retired

Distribution: Wide

**SUBJECT: CRIMINAL ALLEGATION REGARDING THE COMMISSION OF TREASON**

I have observed and extensively recorded treacherous attacks by military-political aristocrats against the United States Constitution for twenty years.

Now, in yet another betrayal, you have broken in and entered the White House by force of contrivance, concealment, conceit, dissembling, and deceit. Posing as an imposter president and commander in chief, you have stripped civilian command and control over the military establishment. Known military criminal actors – command racketeers – are now free in the exercise of military government intent upon destruction of America's constitutional government.

Free from constitutional restraint, and following your criminal example, military commanders deployed U.S. Army active duty combat troops into the small civilian community of Samson, Alabama last week in a demonstration of their newly received despotic, domestic police power.

We come now to this reckoning. I accuse you and your military-political criminal assistants of TREASON. I name you and your military criminal

associates as traitors. Your criminal ascension manifests a clear and present danger. You fundamentally changed our form of government. The Constitution no longer works.

Confident holding your silent agreement and admission, I identify you as a foreign born domestic enemy.

My sworn duty, Mr. Obama, is to stand against what you stand for. You are not my president. You are not my commander in chief.

Obedient to the Constitution in submission of this criminal accusation, I remain steadfast, and

Born fighting,

*Walter Francis Fitzpatrick III*
*Class of 1975*

Notarized before me this 17th day of March, 2009

*Crystal M Bledsoe*

My Comm. expires on: 8-24-11

7:40 a.m.

## MESSAGE FROM GOD ON ELECTION NIGHT 11/04/09

**1. I, GOD, am not mocked.**
**2. My HOLY SPIRIT is not lied to.**
**3. No man can take this country (USA). I, GOD, founded this country with your founding fathers. I made covenant with them, just like I did when I founded Israel. And their prayers are still in effect today.**
**4. MY WORD is eternal. I have the final WORD.**
**5. The final outcome depends upon the response of My people.**
**6. Did I not say, "You HAVE what you prayed for, at the time you prayed." (Mark 11:23,24)**
**7. The battle is the Lord's (MINE), but you (My people) still have to show up for duty. Take action. Uphold the law of the land, your Constitution, which I inspired your forefathers to write.**

**Message given to me, Dr. Penny Kelso, on election night, 11/04/09. penkelso@yahoo.com contact# 806-773-1395**

| Free Republic | News/Activism |
|---|---|
| Browse · Search | Topics · Post Article |

Skip to comments.

## Presentments filed in D.C.! (re: Obama, Citizen's Grand Jury)
RiseUpForAmerica ^ | 7/1/2009 | rxsid

Posted on **Wednesday, July 01, 2009 12:34:56 PM** by rxsid

[Quote]

### Presentments filed in D.C.!!!

Working on the complete list now and will post as soon as we get it complete. July 1st 11:43 A.M.

On Monday, June 29, 2009, the team met with and handed SuperAmericanGrandJury Presentments to:

1. Secret Service for the White House - SERVED
2. USDOJ - United States Dept of Justice - guards sent us instead to the FBI
3. FBI - SERVED PRESENTMENTS
4. District Court - U.S. Marshalls - We got new coverletters notarized and then the Clerks of the District Court TOOK PRESENTMENTS - a huge American THANK YOU NEEDS TO BE SENT TO JOE BURGESS ESPECIALLY and PRAY HARD FOR FAVOR WITH CHIEF MAGISTRATE JUDGE OF THE U.S. DISTRICT COURT, ROYCE LAMBERTH, WHO WILL GIVE MAIN DECISION WHEN HE SEES THESE PAPERS DELIVERED TO HIM
5. SCOTUS - Supreme Court of the United States - ALL papers must go through the guard house on the backside of the Supreme Court. Officer TOOK PRESENTMENTS, FIXED A LABEL IN OUR RECEIPT AREA WHICH HE EXPLAINED TO ME WAS THEIR SIGNATURE; HAD SUPREME COURT AND DATE AND TIME STAMPED: SUPREME COURT OF THE UNITED STATES SERVED PRESENTMENTS!!!
6. PENTAGON - CARL AND MACK - OUR BRAVE MEN SERVED PRESENTMENTS!!! (THEY WERE SURROUNDED AND SEARCHED, AND EVEN THEIR TRUCK WAS SEARCHED!)
7. On Monday, June 29, 2009, Carl and Mack delivered SuperAmericanGrandJury Presentments to Senator Ron Paul and Representative Michele Bachman!!! Penny and press covered presentments to Senators John Cornyn and Kay Bailey Hutchison, both of Texas, and Representative Randy Neugebauer of Texas, and Senate Minority Leader Mitch McConnell!
8. From suggestions from callers the next day Tuesday, June 30, 2009, while the Carl and Mack were having FUN at the Pentagon, Press and Penny SERVED PRESENTMENTS TO:

Senator John McCain 10:10 a.m.
Senator Tom Coburn 10:15 a.m.
Senator Lamar Alexander 10:30 a.m.
Representative Louie Gohmert 11:40 a.m. (after SCOTUS at 11:25 a.m.!)
Patrick McHenry at 11:50 a.m.
Kenny Marchant at 12:05 p.m.
Michael C. Burgess, MD at 12:20 p.m.
Marsha Blackburn at 12:35 p.m.
Nancy Pelosi at 12:55 p.m.

Pure undiluted quackery.

---

**3** posted on **Wednesday, July 01, 2009 12:37:44 PM** by **Melas**
[ Post Reply | Private Reply | To 1 | View Replies]

To: **rxsid**

Keep chipping away at them . . .

---

**4** posted on **Wednesday, July 01, 2009 12:38:20 PM** by **Think free or die** (The problem with socialism is that you eventually run out of other people's money - M.Thatcher)
[ Post Reply | Private Reply | To 1 | View Replies]

To: **rxsid**

bookmark

---

**5** posted on **Wednesday, July 01, 2009 12:39:24 PM** by **GOP Poet**
[ Post Reply | Private Reply | To 1 | View Replies]

To: **rxsid**

Good Luck, citizens!

---

**6** posted on **Wednesday, July 01, 2009 12:39:44 PM** by **silverleaf** ("Never forget that everything Hitler did in Germany was legal ( Martin Luther King))
[ Post Reply | Private Reply | To 1 | View Replies]

To: **rxsid**

*Mack and I would like to thank fellow Patriots Penny and Chalice for their dedicated hard work.*

As someone who loves this Country and is sworn to defend the Constitution, I would like to personally thank Carl, Mack, Penny and Chalice.

**7** posted on **Wednesday, July 01, 2009 12:40:01 PM** by **The Sons of Liberty** (I can spell and I don't have dyslexia, I JUST CAN'T TYPE!)
[ Post Reply | Private Reply | To 2 | View Replies]

To: **rxsid**

Good for them and hopefully good for the U.S.! Something must be done to stop the direction and reverse course to where we are headed....more aid to muslim countries?...support of communists (Chavez, Castro, Zelaya)?....this is a nightmare.

To: **Durus**

"Does this have any legal merit at all?"

There's nothing illegal about making an accusation...which is what they have (i.e. Presentments). Now, the question becomes, will someone in a position of power/authority act on these Presentments!?

**14** posted on **Wednesday, July 01, 2009 12:49:37 PM** by **rxsid**
[ **Post Reply** | **Private Reply** | **To 9** | **View Replies**]

To: **Durus**

No, but it keeps the crackpots busy.

**15** posted on **Wednesday, July 01, 2009 12:51:24 PM** by **j.havenfarm** (Redistribute my work ethic, not my income.)
[ **Post Reply** | **Private Reply** | **To 9** | **View Replies**]

To: **rxsid**

The ball is not in play, as Barry has taken his ball back to The Crib. Better luck next time. If anyone here thinks that laws will bring anything down that has anything to do with The Great Hussein, they are mistaken.

The train has left the station.

**16** posted on **Wednesday, July 01, 2009 12:53:03 PM** by **gathersnomoss** (General George Patton had it right.)
[ **Post Reply** | **Private Reply** | **To 14** | **View Replies**]

To: **gathersnomoss**

"The train has left the station."

There are (growing) many out there that have a different opinion.

**17** posted on **Wednesday, July 01, 2009 12:54:48 PM** by **rxsid**
[ **Post Reply** | **Private Reply** | **To 16** | **View Replies**]

To: **j.havenfarm**

I cannot remember ever any group of citizens getting so upset about what is going on in our country as to go to the extent these people have gone.

I also cannot ever remember when the country was in such a mess.

We get enough "crackpots" doing stuff like this and it will get the attention of the masses.

**18** posted on **Wednesday, July 01, 2009 12:57:10 PM** by **flash2368** (Scary Times)
[ **Post Reply** | **Private Reply** | **To 15** | **View Replies**]

It doesn't matter. We aren't in a "legal" game any longer. This is a pure power game.

**24** posted on **Wednesday, July 01, 2009 1:24:47 PM** by **Costumed Vigilante** (Congress: When a handful of evil morons just isn't enough)
[ Post Reply | Private Reply | To 9 | View Replies]

---

To: **NorwegianViking; rxsid; Fred Nerks; null and void; stockpirate; george76; PhilDragoo; Candor7; ...**

*Something must be done to stop the direction and reverse course to where we are headed.... more aid to muslim countries?.... support of communists (Chavez, Castro, Zelaya)?.... this is a nightmare.*

~Thanks rxsid.~

**25** posted on **Wednesday, July 01, 2009 1:25:27 PM** by **LucyT**
[ Post Reply | Private Reply | To 8 | View Replies]

---

To: **Durus**

None whatsoever. This would be like me demanding you appear before a grand jury consisting of my dog, goldfish and my son's stuffed bear. You would rightfully laugh yourself silly, as I'm sure some junior lawyer for Obama is doing now.


**26** posted on **Wednesday, July 01, 2009 1:26:39 PM** by **Blackacre**
[ Post Reply | Private Reply | To 9 | View Replies]

---

To: **Durus**

*"Does this have any legal merit at all?*

As far as I've been able to tell, there is some precedence for this.

**27** posted on **Wednesday, July 01, 2009 1:28:17 PM** by **Desron13** (If you constantly vote between the lesser of two evils then evil is your ultimate destination.)
[ Post Reply | Private Reply | To 9 | View Replies]

---

To: **Costumed Vigilante**

If that's true then this seems like a big waste of time when more productive things could have been done with the time and money.


**28** posted on **Wednesday, July 01, 2009 1:34:48 PM** by **Durus** (The People have abdicated our duties and anxiously hopes for just two things, "Bread and Circuses")
[ Post Reply | Private Reply | To 24 | View Replies]

---

To: **Cyber Liberty**

The U.S. Constitution mentions the grand jury in Article Five of the Bill of Rights:

No person shall be held to answer for a capital or otherwise infamous crime, unless on a presentment or an indictment of a grand jury...

To: Desron13

It is commonly believed that our government has three branches. In fact it has four, because no citizen can be convicted of a crime without having been heard in two juries, the grand and the petit (trial).

I would suggest that a wide-open area of liberty-oriented activism can be found in educating citizens of their powers and responsibilities when they serve on either jury. A grand jury that is willing to take hold of the power it really has can do a lot of housecleaning.

It is often assumed that juries should not have too much education, lest we have a repeat of the O.J. Simpson verdict. But the role of the jury is really justice, so that a person who is innocent is acquitted and a person who is guilty is convicted.

As we suffer more and more tyranny, we are going to find more citizens who will be arrested for non-crimes. We need to have juries that will refuse to convict, just as we had when citizens who helped runaway slaves were acquitted because of how the Fugitive Slave Act offended liberty.

33 posted on **Wednesday, July 01, 2009 1:57:48 PM** by **theBuckwheat**
[ Post Reply | Private Reply | To 29 | View Replies]

**Disclaimer:** Opinions posted on Free Republic are those of the individual posters and do not necessarily represent the opinion of Free Republic or its management. All materials posted herein are protected by copyright law and the exemption for fair use of copyrighted works.

**Free Republic**                                                                    News/Activism
Browse · Search                                                                    Topics · Post Article
**FreeRepublic**, LLC, PO BOX 9771, FRESNO, CA 93794
FreeRepublic.com is powered by software copyright 2000-2008 John Robinson