# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In Re: Super American Grand Jury §
§
Re: ORDER by the Honorable §
Royce C. Lamberth §    Misc. No. 09-346 (RCL)
Chief Judge §
United States District Court §
§

*Let This be filed.*
*Royce C. Lambeth*
*U.S.D.J.*
*7/23/09*

RECEIVED

JUL 2 3 2009

CHAMBERS OF
JUDGE LAMBERTH

## Motion to Reconsider

American Grand Jury (hereinafter "AGJ") hereby files this "Motion to Reconsider" before the United States District for the District of Columbia requesting that the Honorable Royce C. Lamberth reconsider his Order to not allow the AGJ presentments to be accepted by the Court.

## Introduction

On July 2nd this Court issued an Order. In that Order the Court stipulated that presentments were constitutionally permitted. *["And although presentments are constitutionally permitted..]*

However, the Court went on to say that there was no authority under this Court to accept presentments. *["there is no authority under the Rules of Criminal Procedure or the Statutes of the United States for this Court to accept one..]* and further stipulated that grand juries only sit before the respective court which would convene them. *["Furthermore, grand juries are convened by the court for the district in which they sit..]*

This Order further concluded that the presentments from AGJ were not legal or constitutional. *["presentment by such group has no force under the Constitution or the laws of the United States..]*

The common citizen when reading this Order may be led to believe, "the court does not recognize constitutional presentments when the court itself does not authorize such an action."

## Argument

The Court Order first admitted, *"And although presentments are constitutionally permitted.."*

So let's review the foundation and concept of the grand jury:

Justice Powell, in United States v. Calandra, 414 U.S. 338, 343 (1974), stated:

"The institution of the grand jury is deeply rooted in Anglo-American history. [n3] In England, the grand jury [p343] served for centuries both as a body of accusers sworn to discover and present for trial persons suspected of criminal wrongdoing and as a protector of citizens against arbitrary and oppressive governmental action. In this country, the Founders thought the grand jury so essential to basic liberties that they provided in the Fifth Amendment that federal prosecution for serious crimes can only be instituted by 'a presentment or indictment of a Grand Jury.' Cf. Costello v. United States, 350 U.S. 359, 361-362 (1956). The grand jury's historic functions survive to this day. Its responsibilities continue to include both the determination whether there is probable cause to believe a crime has been committed and the protection of citizens against unfounded criminal prosecutions. Branzburg v. Hayes, 408 U.S. 665, 686-687 (1972)."

In discussing that power and unique independence granted to the grand jury, the United States Supreme Court, in United States v. Williams, 504 U.S. 36 at 48 (1992), Justice Scalia, delivering the opinion of the court, laid down the law of the land:

" '[R]ooted in long centuries of Anglo-American history, Hannah v. Larche, 363 U.S. 420, 490 (1960) (Frankfurter, J., concurring in result), the grand jury is mentioned in the Bill of Rights, but not in the body of the Constitution. It has not been textually assigned, therefore, to any of the branches described in the first three Articles. It "'is a constitutional fixture in its own right.'" United States v. Chanen, 549 F.2d 1306, 1312 (CA9 1977) (quoting Nixon v. Sirica, 159 U.S. App. D.C. 58, 70, n. 54, 487 F.2d 700, 712, n. 54 (1973)), cert. denied, 434 U.S. 825 (1977). ' "

Justice Scalia also stated, that "the grand jury is an institution separate from the courts, over whose functioning the courts do not preside."

And finally, to seal the deal, Justice Scalia hammered the point home:

"In fact, the whole theory of its function is that it belongs to no branch of the institutional Government, serving as a kind of buffer or referee between the Government and the people. See Stirone v. United States, 361 U.S. 212, 218 (1960); Hale v. Henkel, 201 U.S. 43, 61 (1906); G. Edwards, The Grand Jury 28-32 (1906).


Although the grand jury normally operates, of course, in the courthouse and under judicial auspices, its institutional relationship with the Judicial Branch has traditionally been, so to speak, at arm's length. See United States v. Calandra, 414 U.S. 338, 343 (1974"

The Court Order contradicted its first statement of *"and although presentments are constitutionally permitted.."* by making this statement:

> *"presentment by such group has no force under the Constitution or the laws of the United States."*

This is wrong. The Court Order by Judge Lamberth should have stipulated *without reservation* that the AGJ presentments are constitutionally permitted. The Constitution did not give the Court the right to inadvertently rule on the legality of grand jury presentments.

As reaffirmed by the Supreme Court and Justice Scalia, we believe the Court must concur that the grand jury is part of the "Bill of Rights" and preserved even to this day as a basic right for "we the people" and not constitutionally set aside or granted to the Judiciary as an exclusive venue or a proprietary arm of the Court.


To get around the Constitutional issue the Court cited AGJ's non-compliance with the Rules of Criminal Procedure as the primary reason that they could reject the presentments.

Before we solve the mystery behind the Rules of Criminal Procedure lets offer the Court this review:

*In the CREIGHTON LAW REVIEW, Vol. 33, No. 4 1999-2000, 821, IF IT'S NOT A RUNAWAY, IT'S NOT A REAL GRAND JURY by Roger Roots, J.D.*

"In addition to its traditional role of screening criminal cases for prosecution, common law grand juries had the power to exclude prosecutors from their presence

at any time and to investigate public officials without governmental influence. These fundamental powers allowed grand juries to serve a vital function of oversight upon the government. The function of a grand jury to ferret out government corruption was the primary purpose of the grand jury system in ages past."

The Court should consider this: If the Judiciary were the only legal entity in our Country with the power to convene a grand jury, what then would preclude a Court from failing to indict a "known criminal" because of political pressure or other considerations? In other words, if the Court refused to convene a grand jury in a case where the public overwhelming demanded they do such, where is the oversight in our judicial system? There is none as the balance of power is gone.

It is our contention that the Rules of Criminal Procedure are obliged to govern a Court indictment, but not the presentments handed down by a "Constitutional Grand Jury."

*An article appearing in American Juror, the newsletter of the American Jury Institute and the Fully Informed Jury Association, citing the famed American jurist, Joseph Story, explained:*

"An indictment is a written accusation of an offence preferred to, and presented, upon oath, as true, by a grand jury, at the suit of the government. An indictment is framed by the officers of the government, and laid before the grand jury.
Presentments, on the other hand, are the result of a jury's independent action:

'A presentment, properly speaking, is an accusation, made by a grand jury of its own mere motion, of an offence upon its own observation and knowledge, or upon evidence before it, and without any bill of indictment laid before it at the suit of the government. Upon a presentment, the proper officer of the court must frame an indictment, before the party accused can be put to answer it.' "

The Constitution is the supreme law of the land. Where in the Constitution does it say that the Judiciary must force a grand jury to subscribe to the Court's administrative rules when handing down its presentments? The answer to that question is, "no where."

Just to be sure, let's review the Rules of Criminal Procedure:

*In 1946, the Federal Rules of Criminal Procedure were adopted, codifying what had previously been a vastly divergent set of common law procedural rules and regional customs. In general, an effort was made to conform the rules to the contemporary state of federal criminal practice.*

### Rule 7 of the Federal Rules of Criminal Procedure (FRCP):

"An offense which may be punished by death shall be prosecuted by indictment. An offense which may be punished by imprisonment for a term exceeding one year or at hard labor shall be prosecuted by indictment."

No mention of "presentments" can be found in Rule 7. But they are mentioned in Note 4 of the Advisory Committee Notes on the Rules:

"4. Presentment is not included as an additional type of formal accusation, since presentments as a method of instituting prosecutions are obsolete, at least as it concerns the Federal courts."

Did a Federal rules advisory committee just tell "we the people" that "presentments are obsolete?" Did a mere "note" in Rule 7 just rewrite the Constitution thereby abolishing law as ratified in Amendment 5 of the Constitution?

## Amendment V of the Constitution, Bill of Rights states:

*"No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury.."*

Most of the discussion about Note 4 to Rule 7 of the FRCP takes for granted that the common law use of "presentments" (as codified in the 5th Amendment) was made "illegal" in 1946 by this act. ***Nothing could be further from the truth.*** Note 4 does not contain language that makes the use of presentments "illegal."

Note 4 used the word "obsolete." Obsolete means outmoded or not in use anymore. The Rules of Criminal Procedure never said that Grand Jury presentments are "illegal" or "abolished."

The Constitution provides for "presentments." When the Federal Rules of Criminal Procedure were enacted they did not mention presentments, nor do they ban presentments, and if they did, such a ban would be unconstitutional, since an administrative enactment regarding procedure cannot overrule the Constitution.

The Court erred in its Order by ruling that Constitutional presentments can be barred or rejected simply because they don't comply with an administrative rule.

## Summary

The Court Order refused to accept the AGJ presentments citing unconstitutionality and rules of procedure. We have respectfully argued that:

1) The AGJ presentments are indeed legal and constitutional. In fact, they may be the more legal and constitutional than many government "appointed" grand juries. The Grand Jury is only mentioned in the Bill of Rights. It is not a power or institution that was expressly granted to any of the 3 Branches of Government. The Grand Jury is an institution unto itself, not an institution exclusive to the Judiciary.

2) The Rules of Criminal Procedures are a valid part of American jurisprudence, however, in the Court Order the "rules" are being cited as a roadblock to the peoples' rights to exercise "free assembly" and to further restrict or discourage the "handing down" of grand jury presentments as provided for under the Constitution. By telling grand juries they must comply only with the Rules of Criminal Procedure or their presentments will be barred, the Court, in effect, usurps the laws of the Constitution and destroys the balance of power between the people and the Judiciary.

3) "Administrative rules" do not trump the laws of the Constitution of the United States. The Order of this Court should not attempt to do the same.

American Grand Jury has done everything in its power to be above board and forthright with the Court. We have done our part in handing down presentments and justifiably can pull from a huge amount of evidence to affirm said presentments. In order for the Court to retain credibility and power it must first serve the very people it represents with equity in justice. American Grand Jury is a qualified group of 173 people that need to be represented and heard.

So what is holding the Court back? The most famous reason is "this is not within our jurisdiction to act." Doesn't every Judge in our Nation swear an "Oath" to the Constitution? The "jurisdiction" here is the very Constitution itself, that jurisdiction alone gives every responsible Court the right to act upon the AGJ presentments. It is simply a matter of accepting the presentments, appointing a prosecutor, reviewing the evidence and proceeding toward an indictment. That is the way the Founding Fathers envisioned things to be. That is what our Constitution is all about. No one citizen or court should be above the "jurisdiction" or laws of the Constitution of the United States.

## Conclusion

We ask that the Court and the Honorable Judge Royce C. Lamberth review our findings and apply their common sense and honesty by setting aside the "deny" Order to now allow the Court to accept our presentments. Our presentments are valid and legal. We stand ready to provide any and all evidence necessary to back up the allegations and charges within the AGJ presentments.

We humbly and respectfully await the Court's response.

Executed this __16th__ day of July, 2009 by Robert J. Campbell and Mack Ellis.


_____

Robert J. Campbell
American Grand Jury
Founder


_____

Mack Ellis
Jury Foreman
Super Jury of June 24th, 2009

State of __Arkansas__

County of __Craighead__

On this, the __16th__ day of __July__, 2009, before me a notary public, the undersigned, personally appeared Mack Ellis, known to me (or satisfactorily proven) to be the person whose name is subscribed to this document, and acknowledged that he is the Jury Foreman for American Grand Jury, June 24th hearing, and executed the same for the purposes of attesting to and affirming the "Motion to Reconsider" written by Robert J. Campbell.

In witness hereof, I hereunto set my hand and official seal.

___Alena Prichard___
Notary Public

OFFICIAL SEAL
ALENA PRICHARD
NOTARY PUBLIC-ARKANSAS
CRAIGHEAD COUNTY
MY COMMISSION EXPIRES: 07-16-14

Notices to:

Mack Ellis
4913 Inverness Run Drive
Jonesboro, AR 72401
870-932-8889

# The State of U.S. District Court

## Jurisdiction: District of Columbia

Barack Obama, aka: Barack
Obama, Jr., aka: Barack
Hussein Obama, aka: Barry
Soetoro; aka: Barry Obama;
aka: Barack Obama, presumed
President of the United States
_____
*Defendant*

**Received by:**
(Court stamp or person's name and signature)

## Grand Jury Presentments

## Re: Fraud (eligibility) and Treason

### Representative of American Grand Jury

Name: MACK Ellis

Address: 4913 Inverness Run Jonesboro, AR 72401

Signature: Mack Ell?

**Attachments hereto and made a part hereof .**

State of Arkansas
County of Craighead

On this, the 16th day of July, 2009, before me a notary
public, the undersigned, personally appeared
Mack Ellis , known to me (or
satisfactorily proven) to be the person whose name is subscribed to this document, and
acknowledged that he/she is Representative for American Grand Jury and executed the
same for the purposes therein contained.

In witness hereof, I hereunto set my hand and official seal.

_____
Notary Public

Jena Prichard

...AL SEAL
JEL... ...CHARD
NOTAF... ... ...S
CRIA... ... ...
MY COMMISSION EXPIRES: 07-16-14

# Presentments: American Grand Jury

# June 24, 2009

**On June 24, 2009 the American Grand Jury convened and conducted its final day of deliberations with regard to CRIMINAL activity, complaints and allegations presented before said Grand Jury.**

Such charges and presentments of criminal activity were handed down against the person(s) known as Barack Obama, aka: Barack Obama, Jr., aka: Barack Hussein Obama, aka: Barry Soetoro; aka: Barry Obama; aka: Barack Obama, presumed President of the United States (hereinafter known as Obama);

**Said Grand Jury was duly organized and empowered under the laws of the Constitution of United States of America as follows:**

## Scope and Authority of the Grand Jury

**The Constitution of the United States, Amendment 1 and Amendment 5, known as portions of the Bill of Rights states:**

Amendment 1: *Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.*

Amendment 5: *No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury,*

Said Grand Jury was convened under the power and authority vested with the people as guaranteed under the Constitution, Amendment 5, Bill of Rights.

The convened Grand Jury was "national" in nature, represented by people of the United States, said people being citizens as were sworn under Oath as to Eligibility for and Service in behalf of the Grand Jury:

**Each Jury member was eligible as follows:**

> 1) A citizen of the United States;
> 2) A citizen of eighteen (18) years or older;
> 3) A resident of a State chartered within the United States of America
> 4) Were in possession of his/her natural faculties, of ordinary intelligence, of sound judgment and of fair character;
> 5) Possessed a sufficient knowledge of the English language;
> 6) Were not serving as a trial juror in any court;

7) Had not been convicted of a malfeasance in office, a felony, or other high crime;

8) Were not serving as an elected public officer.

**Each Jury member did SWEAR or AFFIRM as follows:**

> *"That I (jury member) shall diligently inquire, and true presentment make, of all such matters as may be given me before the jury, or shall come to my knowledge, touching such service. I shall present no person through prejudice or ill will, nor leave any un-presented through fear or favor, but in all my presentments shall endeavor to present the truth, the whole truth, and nothing but the truth (affirmed) or so help me God (sworn)."*

Said affirmation or sworn oath was duly subscribed by appearance of each jury member before a notary public whereby each jury member affirmed or swore the Oath of Office for service to the Grand Jury; furthermore each jury member verbally repeated the "oath" and acknowledged their eligibility in front of said notary by signing their name in execution. Said notary acknowledged that said jury member executed the "Eligibility and Oath of Office" document for the purposes therein contained by placing their notary hand and seal upon the document.

Each original jury member's "Oath of Office and Eligibility" document was sealed and recorded in a central location for purposes of empowering the Grand Jury.

A jury foreman (moderator) and alternate jury foreman were appointed to conduct the Grand Jury hearing.

Said Grand Jury hearing was conducted in secrecy. All evidence was sealed and protected. All witnesses were sworn under oath. All presentments (charges) were voted upon. Said Grand Jury was comprised of 173 regular Grand Jury members, including 4 Jury Foremen.

## Criminal complaints were placed before the Grand Jury

**COUNT ONE:**

## That Obama is NOT eligible under the laws of the Constitution of the United States as provided for in Article II, Section 1.

Said Article II, Section 1 states:

*"No person except a natural born Citizen, or a Citizen of the United States, at the time of the Adoption of this Constitution, shall be eligible to the Office of President; neither shall any Person be eligible to that Office who shall not have attained to the Age of thirty-five Years, and been fourteen Years a Resident within the United States."*

**Wherefore, Obama is not a "natural born Citizen" for the following reasons:**

### 1) Obama was NOT born of mother and father who were BOTH US Citizens.

*"These facts are not in dispute: Under the British Nationality Act 1948, Obama's father was a British citizen/subject when he was born in the English colony of Kenya. Obama's father continued to be such and not a U.S. citizen when Obama was born in 1961. Under the same BNA 1948, at birth, regardless of where he was born, Obama also became a British citizen/subject by descent from his British father.*

*As applicable only to a Presidential Article II 'natural born Citizen':*

*...the individual must be born in the United States to a mother and father who are themselves United States citizens (by birth or naturalization). This is to assure that a would-be, all powerful President and Commander in Chief of the Military has sole allegiance and loyalty to the United States from the time of birth.*

*It is public knowledge that Obama has admitted in his writings and otherwise that when he was born, his father was a British citizen/subject and not a United States citizen and that at that time he himself also became such. In fact, his father was not even a permanent resident of the United States, but rather only a student who would probably have been here only on a temporary student visa. Hence, not only was Obama's father not a United States citizen but Obama himself was born a British subject/citizen. Hence, clearly, Obama is not and cannot be an Article II 'natural born Citizen.' The operative facts are not in dispute."*

Mario Apuzzo, Esq.
Licensed Attorney
Jamesburg NJ 08831

## 2) Obama was a British citizen 'at birth.'

> *"Since Barack Obama's father was a citizen of Kenya and therefore subject to the jurisdiction of the United Kingdom at the time of Obama's birth, then Obama was a British citizen 'at birth.' "*

> *"The Framers of the Constitution, at the time of their birth,"* Donofrio writes, *"were also British citizens, and that's why the Framers declared that, while they were citizens of the United States, they themselves were not 'natural born citizens."*

> *"Therefore,"* Donofrio summarizes, *"even if he were to produce an original birth certificate proving he were born on U.S. soil, he still wouldn't be eligible to be president."*

Leo Donofrio, Esq.
Licensed Attorney
State of New Jersey

## COUNT TWO:

### The charge of "Treason" against Obama is before the people of the United States of America. That such complaint is CRIMINAL, of high crimes, and extremely damaging against the people.

Said complaint was formally brought by a Military Officer (retired) of the United States of America. All United States Military Officers are sworn to uphold the Constitution of the United States and such complaint is valid, explicit and proper; when an Officer is aware of such malfeasance of Treason by an offender it is that Officer's SWORN duty to come forward and present such accusation and complaint;

**The Military Officer who filed the complaint is Lt. Commander Walter Fitzpatrick, III, retired, United States Navy and a graduate of the United States Naval Academy;**

Lt. Commander Fitzpatrick on March 17, 2009 did hereby make such criminal accusation and complaint against Obama and presented said complaint before the U.S Attorney Russell Dedrick, and Assistant U.S. Attorney Edward Schmutzer, Eastern District, Tennessee;

An original photocopy of said complaint was submitted to the Grand Jury as evidence for immediate investigation;

**Said original photocopy of the complete criminal complaint is attached as Exhibit "A" hereto and made a part hereof;**

Lt. Commander Fitzpatrick was sworn under oath before the Grand Jury to testify as to the true nature and details regarding said criminal complaint filed against Obama;

Said criminal complaint by Lt. Commander Fitzpatrick and his "accusation of Treason" is quoted in the excerpt below:

*"Now you [Obama] have broken in and entered the White House by force of contrivance, concealment, conceit, dissembling, and deceit. Posing as an impostor president and commander in chief you have stripped civilian command and control over the military establishment. Known military criminal actors-command racketeers-are now free in the exercise of military government intent upon destruction of America's constitutional government.*

***We come now to this reckoning. I accuse you and your military-political criminal assistants of TREASON.*** *I name you and your military criminal associates as traitors. Your criminal ascension manifests a clear and present danger. You fundamentally changed our form of government. The Constitution no longer works.*

*Confident holding your silent agreement and admission, I identify you as a foreign born domestic enemy.*

*My sworn duty Mr. Obama is to stand against what you stand for. You are not my president. You are not my commander in chief."*

## Scope of Investigations and Deliberations of the Grand Jury hearing

**Wherefore, the Grand Jury conducted its session over a period of 10 days from Monday, June 15, 2009 through Wednesday, June 24, 2009. The final voting days were conducted on Tuesday and Wednesday, June 23 through June 24, 2009.**

The American Grand Jury met in closed session comprising an attendance of 173 jury members, 3 regular Jury Foremen, plus 1 Jury Foreman (as moderator). The Jury Foreman who was the moderator did not vote. The final vote included 172 jury members. The final voting count was tabulated and attested to on Wednesday, June 24, 2009

Such hearing was conducted online in a private website for the express purpose of conducting said Grand Jury assembly and hearing. Such hearing was secure and unencumbered by outside intervention or public intrusion.

Each Jury member had full access to the evidence, written and visible (in the form of scanned and photographed documents embedded in said private website). Each Jury member was given 8 days (in advance) in private session (using the facilities of the private website) to study the evidence, present questions and form an opinion as to the validity and truthfulness of said evidence.

The final Grand Jury voting days of June 23, 2009 through June 24, 2009 were scheduled following said 8 days of evidence review.

**All counts (as listed above) were voted upon by the 172 jury members.**

All communications (email, chat messages, jury foreman messages, surveys, reports, testimony) were conducted in written English. All said communications were securely saved in a database server as permanent records.

**The final votes were as follows: 172 members voted "Yes" to hand down the Presentments against Obama.**

The Grand Jury concluded the hearing after handing down the final vote and affirming said counts and presentments.


## The Presentments and such Remedies as prayed for by the Grand Jury

**Now therefore:**

The Grand Jury hereby prays the Court take said Presentments and formally charge AND prosecute Obama under **Count One: fraud against the people of the United States of America by reason of:**

> **That Obama is NOT eligible under the laws of the Constitution of the United States as provided for in Article II, Section 1.**

**Furthermore,** the Grand Jury hereby prays the Court will formally charge AND prosecute Obama with "Treason" as attested to in **Count Two:**

**That the charge of "Treason" against Obama is before the people of the United States of America. That such complaint is CRIMINAL, of high crimes, and extremely damaging against the people.**

**Given on this day and year** of June 24, 2009 by final vote of the Jury Members of said American Grand Jury.

**Said presentments** are hereby attested to and verified by the 4 Jury Foremen on this day and year as first above mentioned:


_____
**Robert J. Campbell, Jury Foreman and Moderator**


_____
**Antonio B. Hinton, Jury Foreman**


_____
**William R. Cardwell, Jury Foreman**


_____
**Mack Ellis, Jury Foreman**



SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR

NOT VALID UNTIL SIGNED

---

## Identification of Jury Foreman (moderator)

**Name:** Robert John Campbell

**Status:** United States Citizen

**Address:** P.O. Box 1513, Nogales, AZ 85628

Signature:

**Passport number is concealed for privacy. This information is available to the proper authorities, if required.**



Identification of Jury Foreman

**Antonio B. Hinton**
**United States Citizen**
**Knoxville, Tennessee**



Identification of Jury Foreman

**William Randall Cardwell**
**United States Citizen**
**Knoxville, Tennessee**



Identification of Jury Foreman

**Mack Ellis**
**United States Citizen**
**Jonesboro, Arkansas**

| | | | | |
|---|---|---|---|---|
| Gladys - AK | YES | | Rudy - CA | YES |
| Carol - AL | YES | | Roger - CA | YES |
| Rhonda - AL | YES | | Blaine - CO | YES |
| Marie - AL | YES | | Kathleen - CO | YES |
| Jacqueline T. - AL | YES | | Jeff - CO | YES |
| Gregory - AL | YES | | Brigette - CO | YES |
| Larry - AL | YES | | Colette - CO | YES |
| Carol - AL | YES | | Lynn - CO | YES |
| Bill T. - AL | YES | | Sharon - CT | YES |
| Dallas T. - AL | YES | | Tyler - CT | YES |
| MACK - AR | YES | | Peter - CT | YES |
| John - AR | YES | | William - FL | YES |
| David - AR | YES | | Rev Charles - FL | YES |
| Betty - AR | YES | | Jerry - FL | YES |
| Bobbi - AR | YES | | Robert - FL | YES |
| Kay - AR | YES | | Dominick - FL | YES |
| Jacque - AR | YES | | Rose Ann - IL | YES |
| Lesli - AR | YES | | Carl - FL | YES |
| William - AR | YES | | Nancy - FL | YES |
| Maggie - AZ | YES | | Ken - FL | YES |
| Sal - AZ | YES | | Harry - FL | YES |
| Carole - AZ | YES | | Ron - FL | YES |
| debbi - AZ | YES | | Jim´ - FL | YES |
| Karen - AZ | YES | | Kent - HI | YES |
| Patricia - AZ | YES | | Julie - IL | YES |
| Arthur - AZ | YES | | Sister Mary - IL | YES |
| Dick - AZ | YES | | Dale - IL | YES |
| Barbara - AZ | YES | | Mary Ann - IL | YES |
| Melissa - AZ | YES | | Peter - IL | YES |
| Jackie - CA | YES | | Barb - IL | YES |
| James - CA | YES | | Pat - IL | YES |
| Carol - CA | YES | | Bob - IL | YES |
| Roberta - CA | YES | | Julie - IN | YES |
| Alexander - CA | YES | | Susan - IN | YES |
| Rebecca - CA | YES | | Patricia - IN | YES |
| Debra - CA | YES | | Bob - KS | YES |
| Neil - CA | YES | | David - KS | YES |
| Sharon - CA | YES | | Lois - KY | YES |
| Glenn - CA | YES | | Lynn - KY | YES |
| Ray - CA | YES | | Mark - LA | YES |
| Fran - CA | YES | | JOHN - LA | YES |
| Jeff - CA | YES | | Ann Marie - MA | YES |
| Elaine - CA | YES | | Lynne - MA | YES |

# Voting Register - A

| | | | | |
|---|---|---|---|---|
| Sherri - MA | YES | | Marsha - TN | YES |
| George - MA | YES | | Cathie - TN | YES |
| Thom - MD | YES | | Mac - TN | YES |
| Ann - ME | YES | | J.J. - TN | YES |
| Chris - MI | YES | | William C. - TN | YES |
| Trish - MO | YES | | James - TN | YES |
| Charles - MO | YES | | Josh - TN | YES |
| Stanley - MO | YES | | Fran - TN | YES |
| Jackie - MO | YES | | Robert - TX | YES |
| Paul - MO | YES | | Judy - TX | YES |
| Jean - MO | YES | | Jeanette - TX | YES |
| Jerry - MO | YES | | Carl - TX | YES |
| Bill - MO | YES | | Al - TX | YES |
| Yvette - MS | YES | | Toni - TX | YES |
| SHAWN - MS | YES | | Thomas - TX | YES |
| Robert - NC | YES | | Alecia - TX | YES |
| Tish - NC | YES | | Kenneth - TX | YES |
| Jonathan - NC | YES | | Barbara - TX | YES |
| David - NC | YES | | Lesley - TX | YES |
| Greg - NH | YES | | Laura - TX | YES |
| Sue - NH | YES | | Sheilah - TX | YES |
| Jeff - NM | YES | | Lloyd - TX | YES |
| Jacqlyn - NV | YES | | Scott - TX | YES |
| dave - NV | YES | | William - TX | YES |
| Finbarr - NY | YES | | Penny - TX | YES |
| Eva - NY | YES | | Dianna - TX | YES |
| Renee - OH | YES | | Pete - TX | YES |
| Kanith - OH | YES | | Eric - TX | YES |
| Larry - OK | YES | | Darrell - TX | YES |
| Marcia - PA | YES | | Donna - TX | YES |
| Jim - PA | YES | | Phillip - TX | YES |
| Pam - PA | YES | | Linda - TX | YES |
| Gerry - PA | YES | | Ralph - VA | YES |
| Marsha - PA | YES | | Charlotte - VA | YES |
| Margaret - PA | YES | | Kaye - VA | YES |
| Kristy - SC | YES | | Shawn - WA | YES |
| Jeff - SC | YES | | Janice - WA | YES |
| John - SC | YES | | Keith - WA | YES |
| Eldon - SD | YES | | Steve - WA | YES |
| Phil - TN | YES | | Mike - WA | YES |
| Antonio - TN | YES | | John D - WA | YES |
| Byra - TN | YES | | Geri - WI | YES |
| William - TN | YES | | Carole - WV | YES |

## Voting Register – B

## Total votes cast:  172 – unanimous – YES



# UNITED STATES NAVAL ACADEMY

## Tuesday, 17 March 2009

**To: Mr. Barack Hussein Obama**

Via: U.S. Attorney Russell Dedrick, and Assistant U.S. Attorney Edward
Schmutzer, Eastern District. Tennessee

From: Walter Francis Fitzpatrick, III, United States Navy Retired

Distribution: Wide

## SUBJECT:  CRIMINAL ALLEGATION REGARDING THE COMMISSION OF TREASON

I have observed and extensively recorded treacherous attacks by military-political aristocrats against the United States Constitution for twenty years.

Now, in yet another betrayal, you have broken in and entered the White House by force of contrivance, concealment, conceit, dissembling, and deceit.  Posing as an imposter president and commander in chief, you have stripped civilian command and control over the military establishment. Known military criminal actors – command racketeers – are now free in the exercise of military government intent upon destruction of America's constitutional government.

Free from constitutional restraint, and following your criminal example, military commanders deployed U.S. Army active duty combat troops into the small civilian community of Samson, Alabama last week in a demonstration of their newly received despotic, domestic police power.

We come now to this reckoning.  I accuse you and your military-political criminal assistants of TREASON.  I name you and your military criminal

associates as traitors. Your criminal ascension manifests a clear and present danger. You fundamentally changed our form of government. The Constitution no longer works.

Confident holding your silent agreement and admission, I identify you as a foreign born domestic enemy.

My sworn duty, Mr. Obama, is to stand against what you stand for. You are not my president. You are not my commander in chief.

Obedient to the Constitution in submission of this criminal accusation, I remain steadfast, and

**Born fighting,**

Walter Francis Fitzpatrick III.
Class of 1975

Notarized before me this 17th day of March, 2009

Crystal M Bledsoe

My Comm. expires on : 8-24-11

7:44 a.m.



# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA


In Re: Super American Grand Jury §
§
§
Re: ORDER by the Honorable §
Royce C. Lamberth §     Misc. No. 09-346 (RCL)
Chief Judge §
United States District Court §
§

## Motion to Reconsider


American Grand Jury (hereinafter "AGJ") hereby files this "Motion to Reconsider" before the United States District for the District of Columbia requesting that the Honorable Royce C. Lamberth reconsider his Order to not allow the AGJ presentments to be accepted by the Court.


## Introduction

On July 2nd this Court issued an Order. In that Order the Court stipulated that presentments were constitutionally permitted. *["And although presentments are constitutionally permitted..]*

However, the Court went on to say that there was no authority under this Court to accept presentments. *["there is no authority under the Rules of Criminal Procedure or the Statutes of the United States for this Court to accept one..]* and further stipulated that grand juries only sit before the respective court which would convene them. *["Furthermore, grand juries are convened by the court for the district in which they sit..]*

This Order further concluded that the presentments from AGJ were not legal or constitutional. *["presentment by such group has no force under the Constitution or the laws of the United States..]*

The common citizen when reading this Order may be led to believe, "the court does not recognize constitutional presentments when the court itself does not authorize such an action."

## Argument

The Court Order first admitted, *"And although presentments are constitutionally permitted.."*

So let's review the foundation and concept of the grand jury:

Justice Powell, in United States v. Calandra, 414 U.S. 338, 343 (1974), stated:

"The institution of the grand jury is deeply rooted in Anglo-American history. [n3] In England, the grand jury [p343] served for centuries both as a body of accusers sworn to discover and present for trial persons suspected of criminal wrongdoing and as a protector of citizens against arbitrary and oppressive governmental action. In this country, the Founders thought the grand jury so essential to basic liberties that they provided in the Fifth Amendment that federal prosecution for serious crimes can only be instituted by 'a presentment or indictment of a Grand Jury.' Cf. Costello v. United States, 350 U.S. 359, 361-362 (1956). The grand jury's historic functions survive to this day. Its responsibilities continue to include both the determination whether there is probable cause to believe a crime has been committed and the protection of citizens against unfounded criminal prosecutions. Branzburg v. Hayes, 408 U.S. 665, 686-687 (1972)."

In discussing that power and unique independence granted to the grand jury, the United States Supreme Court, in United States v. Williams, 504 U.S. 36 at 48 (1992), Justice Scalia, delivering the opinion of the court, laid down the law of the land:

" '[R]ooted in long centuries of Anglo-American history, Hannah v. Larche, 363 U.S. 420, 490 (1960) (Frankfurter, J., concurring in result), the grand jury is mentioned in the Bill of Rights, but not in the body of the Constitution. It has not been textually assigned, therefore, to any of the branches described in the first three Articles. It "'is a constitutional fixture in its own right.'" United States v. Chanen, 549 F.2d 1306, 1312 (CA9 1977) (quoting Nixon v. Sirica, 159 U.S. App. D.C. 58, 70, n. 54, 487 F.2d 700, 712, n. 54 (1973)), cert. denied, 434 U.S. 825 (1977). ' "

Justice Scalia also stated, that "the grand jury is an institution separate from the courts, over whose functioning the courts do not preside."

And finally, to seal the deal, Justice Scalia hammered the point home:

"In fact, the whole theory of its function is that it belongs to no branch of the institutional Government, serving as a kind of buffer or referee between the Government and the people. See Stirone v. United States, 361 U.S. 212, 218 (1960); Hale v. Henkel, 201 U.S. 43, 61 (1906); G. Edwards, The Grand Jury 28-32 (1906).

Although the grand jury normally operates, of course, in the courthouse and under judicial auspices, its institutional relationship with the Judicial Branch has traditionally been, so to speak, at arm's length. See United States v. Calandra, 414 U.S. 338, 343 (1974"

The Court Order contradicted its first statement of *"and although presentments are constitutionally permitted.."* by making this statement:

*"presentment by such group has no force under the Constitution or the laws of the United States."*

This is wrong. The Court Order by Judge Lamberth should have stipulated *without reservation* that the AGJ presentments are constitutionally permitted. The Constitution did not give the Court the right to inadvertently rule on the legality of grand jury presentments.

As reaffirmed by the Supreme Court and Justice Scalia, we believe the Court must concur that the grand jury is part of the "Bill of Rights" and preserved even to this day as a basic right for "we the people" and not constitutionally set aside or granted to the Judiciary as an exclusive venue or a proprietary arm of the Court.

To get around the Constitutional issue the Court cited AGJ's non-compliance with the Rules of Criminal Procedure as the primary reason that they could reject the presentments.

Before we solve the mystery behind the Rules of Criminal Procedure lets offer the Court this review:

*In the CREIGHTON LAW REVIEW, Vol. 33, No. 4 1999-2000, 821, IF IT'S NOT A RUNAWAY, IT'S NOT A REAL GRAND JURY by Roger Roots, J.D.*

"In addition to its traditional role of screening criminal cases for prosecution, common law grand juries had the power to exclude prosecutors from their presence

-3-

at any time and to investigate public officials without governmental influence. These fundamental powers allowed grand juries to serve a vital function of oversight upon the government. The function of a grand jury to ferret out government corruption was the primary purpose of the grand jury system in ages past."

The Court should consider this: If the Judiciary were the only legal entity in our Country with the power to convene a grand jury, what then would preclude a Court from failing to indict a "known criminal" because of political pressure or other considerations? In other words, if the Court refused to convene a grand jury in a case where the public overwhelming demanded they do such, where is the oversight in our judicial system? There is none as the balance of power is gone.

It is our contention that the Rules of Criminal Procedure are obliged to govern a Court indictment, but not the presentments handed down by a "Constitutional Grand Jury."

*An article appearing in American Juror, the newsletter of the American Jury Institute and the Fully Informed Jury Association, citing the famed American jurist, Joseph Story, explained:*

"An indictment is a written accusation of an offence preferred to, and presented, upon oath, as true, by a grand jury, at the suit of the government. An indictment is framed by the officers of the government, and laid before the grand jury.
Presentments, on the other hand, are the result of a jury's independent action:

'A presentment, properly speaking, is an accusation, made by a grand jury of its own mere motion, of an offence upon its own observation and knowledge, or upon evidence before it, and without any bill of indictment laid before it at the suit of the government. Upon a presentment, the proper officer of the court must frame an indictment, before the party accused can be put to answer it.' "

The Constitution is the supreme law of the land. Where in the Constitution does it say that the Judiciary must force a grand jury to subscribe to the Court's administrative rules when handing down its presentments? The answer to that question is, "no where."

Just to be sure, let's review the Rules of Criminal Procedure:

*In 1946, the Federal Rules of Criminal Procedure were adopted, codifying what had previously been a vastly divergent set of common law procedural rules and regional customs. In general, an effort was made to conform the rules to the contemporary state of federal criminal practice.*

### Rule 7 of the Federal Rules of Criminal Procedure (FRCP):

"An offense which may be punished by death shall be prosecuted by indictment. An offense which may be punished by imprisonment for a term exceeding one year or at hard labor shall be prosecuted by indictment."

### No mention of "presentments" can be found in Rule 7. But they are mentioned in Note 4 of the Advisory Committee Notes on the Rules:

"4. Presentment is not included as an additional type of formal accusation, since presentments as a method of instituting prosecutions are obsolete, at least as it concerns the Federal courts."

Did a Federal rules advisory committee just tell "we the people" that "presentments are obsolete?" Did a mere "note" in Rule 7 just rewrite the Constitution thereby abolishing law as ratified in Amendment 5 of the Constitution?

## Amendment V of the Constitution, Bill of Rights states:

*"No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury.."*

Most of the discussion about Note 4 to Rule 7 of the FRCP takes for granted that the common law use of "presentments" (as codified in the 5th Amendment) was made "illegal" in 1946 by this act. ***Nothing could be further from the truth.*** Note 4 does not contain language that makes the use of presentments "illegal."

Note 4 used the word "obsolete." Obsolete means outmoded or not in use anymore. The Rules of Criminal Procedure never said that Grand Jury presentments are "illegal" or "abolished."

The Constitution provides for "presentments." When the Federal Rules of Criminal Procedure were enacted they did not mention presentments, nor do they ban presentments, and if they did, such a ban would be unconstitutional, since an administrative enactment regarding procedure cannot overrule the Constitution.

The Court erred in its Order by ruling that Constitutional presentments can be barred or rejected simply because they don't comply with an administrative rule.

## Summary

The Court Order refused to accept the AGJ presentments citing unconstitutionality and rules of procedure. We have respectfully argued that:

1) The AGJ presentments are indeed legal and constitutional. In fact, they may be the more legal and constitutional than many government "appointed" grand juries. The Grand Jury is only mentioned in the Bill of Rights. It is not a power or institution that was expressly granted to any of the 3 Branches of Government. The Grand Jury is an institution unto itself, not an institution exclusive to the Judiciary.

2) The Rules of Criminal Procedures are a valid part of American jurisprudence, however, in the Court Order the "rules" are being cited as a roadblock to the peoples' rights to exercise "free assembly" and to further restrict or discourage the "handing down" of grand jury presentments as provided for under the Constitution. By telling grand juries they must comply only with the Rules of Criminal Procedure or their presentments will be barred, the Court, in effect, usurps the laws of the Constitution and destroys the balance of power between the people and the Judiciary.

3) "Administrative rules" do not trump the laws of the Constitution of the United States. The Order of this Court should not attempt to do the same.

American Grand Jury has done everything in its power to be above board and forthright with the Court. We have done our part in handing down presentments and justifiably can pull from a huge amount of evidence to affirm said presentments. In order for the Court to retain credibility and power it must first serve the very people it represents with equity in justice. American Grand Jury is a qualified group of 173 people that need to be represented and heard.

So what is holding the Court back? The most famous reason is "this is not within our jurisdiction to act." Doesn't every Judge in our Nation swear an "Oath" to the Constitution? The "jurisdiction" here is the very Constitution itself, that jurisdiction alone gives every responsible Court the right to act upon the AGJ presentments. It is simply a matter of accepting the presentments, appointing a prosecutor, reviewing the evidence and proceeding toward an indictment. That is the way the Founding Fathers envisioned things to be. That is what our Constitution is all about. No one citizen or court should be above the "jurisdiction" or laws of the Constitution of the United States.

## Conclusion

We ask that the Court and the Honorable Judge Royce C. Lamberth review our findings and apply their common sense and honesty by setting aside the "deny" Order to now allow the Court to accept our presentments. Our presentments are valid and legal. We stand ready to provide any and all evidence necessary to back up the allegations and charges within the AGJ presentments.

We humbly and respectfully await the Court's response.

Executed this __16th__ day of July, 2009 by Robert J. Campbell and Mack Ellis.


_____

Robert J. Campbell
American Grand Jury
Founder



Mack Ellis
Jury Foreman
Super Jury of June 24th, 2009

State of _Arkansas_

County of _Craighead_

On this, the _16th_ day of _July_, 2009, before me a notary public, the undersigned, personally appeared Mack Ellis, known to me (or satisfactorily proven) to be the person whose name is subscribed to this document, and acknowledged that he is the Jury Foreman for American Grand Jury, June 24th hearing, and executed the same for the purposes of attesting to and affirming the "Motion to Reconsider" written by Robert J. Campbell.

In witness hereof, I hereunto set my hand and official seal.

_Jelena Prichard_

Notary Public

OFFICIAL SEAL
JELENA PRICHARD
NOTARY PUBLIC-ARKANSAS
CRIAGHEAD COUNTY
MY COMMISSION EXPIRES: 07-16-14

**Notices to:**

Mack Ellis
4913 Inverness Run Drive
Jonesboro, AR 72401
870-932-8889

# The State of _U. S. District Court_

## Jurisdiction: _District of Columbia_

Barack Obama, aka: Barack
Obama, Jr., aka: Barack
Hussein Obama, aka: Barry
Soetoro; aka: Barry Obama;
aka: Barack Obama, presumed
President of the United States
_____
_Defendant_

**Received by:**
(Court stamp or person's name and signature)

## Grand Jury Presentments

## Re: Fraud (eligibility) and Treason

### Representative of American Grand Jury

Name: _Mack Ellis_

Address: _4913 Inverness Run Jonesboro, AR 72401_

Signature: _Mack Ellis_

**Attachments hereto and made a part hereof .**

State of _Arkansas_
County of _Craighead_

On this, the _16th_ day of _July_, 2009, before me a notary
public, the undersigned, personally appeared
_Mack Ellis_ , known to me (or
satisfactorily proven) to be the person whose name is subscribed to this document, and
acknowledged that he/she is Representative for American Grand Jury and executed the
same for the purposes therein contained.

In witness hereof, I hereunto set my hand and official seal.

_Jlena Prichard_
Notary Public

OFFICIAL SEAL
**JELENA PRICHARD**
NOTARY PUBLIC-ARKANSAS
CRIAGHEAD COUNTY
MY COMMISSION EXPIRES: 07-16-14

# Presentments: American Grand Jury

# June 24, 2009

**On June 24, 2009 the American Grand Jury convened and conducted its final day of deliberations with regard to CRIMINAL activity, complaints and allegations presented before said Grand Jury.**

Such charges and presentments of criminal activity were handed down against the person(s) known as Barack Obama, aka: Barack Obama, Jr., aka: Barack Hussein Obama, aka: Barry Soetoro; aka: Barry Obama; aka: Barack Obama, presumed President of the United States (hereinafter known as Obama);

**Said Grand Jury was duly organized and empowered under the laws of the Constitution of United States of America as follows:**

## Scope and Authority of the Grand Jury

**The Constitution of the United States, Amendment 1 and Amendment 5, known as portions of the Bill of Rights states:**

Amendment 1: *Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.*

Amendment 5: *No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury,*

Said Grand Jury was convened under the power and authority vested with the people as guaranteed under the Constitution, Amendment 5, Bill of Rights.

The convened Grand Jury was "national" in nature, represented by people of the United States, said people being citizens as were sworn under Oath as to Eligibility for and Service in behalf of the Grand Jury:

**Each Jury member was eligible as follows:**

      1) A citizen of the United States;
      2) A citizen of eighteen (18) years or older;
      3) A resident of a State chartered within the United States of America
      4) Were in possession of his/her natural faculties, of ordinary intelligence, of sound judgment and of fair character;
      5) Possessed a sufficient knowledge of the English language;
      6) Were not serving as a trial juror in any court;

7) Had not been convicted of a malfeasance in office, a felony, or other high crime;
8) Were not serving as an elected public officer.

**Each Jury member did SWEAR or AFFIRM as follows:**

> *"That I (jury member) shall diligently inquire, and true presentment make, of all such matters as may be given me before the jury, or shall come to my knowledge, touching such service. I shall present no person through prejudice or ill will, nor leave any un-presented through fear or favor, but in all my presentments shall endeavor to present the truth, the whole truth, and nothing but the truth (affirmed) or so help me God (sworn)."*

Said affirmation or sworn oath was duly subscribed by appearance of each jury member before a notary public whereby each jury member affirmed or swore the Oath of Office for service to the Grand Jury; furthermore each jury member verbally repeated the "oath" and acknowledged their eligibility in front of said notary by signing their name in execution. Said notary acknowledged that said jury member executed the "Eligibility and Oath of Office" document for the purposes therein contained by placing their notary hand and seal upon the document.

Each original jury member's "Oath of Office and Eligibility" document was sealed and recorded in a central location for purposes of empowering the Grand Jury.

A jury foreman (moderator) and alternate jury foreman were appointed to conduct the Grand Jury hearing.

Said Grand Jury hearing was conducted in secrecy. All evidence was sealed and protected. All witnesses were sworn under oath. All presentments (charges) were voted upon. Said Grand Jury was comprised of 173 regular Grand Jury members, including 4 Jury Foremen.


## Criminal complaints were placed before the Grand Jury

**COUNT ONE:**

**That Obama is NOT eligible under the laws of the Constitution of the United States as provided for in Article II, Section 1.**

Said Article II, Section 1 states:

*"No person except a natural born Citizen, or a Citizen of the United States, at the time of the Adoption of this Constitution, shall be eligible to the Office of President; neither shall any Person be eligible to that Office who shall not have attained to the Age of thirty-five Years, and been fourteen Years a Resident within the United States."*

**Wherefore, Obama is not a "natural born Citizen" for the following reasons:**

### 1) Obama was NOT born of mother and father who were BOTH US Citizens.

> *"These facts are not in dispute: Under the British Nationality Act 1948, Obama's father was a British citizen/subject when he was born in the English colony of Kenya. Obama's father continued to be such and not a U.S. citizen when Obama was born in 1961. Under the same BNA 1948, at birth, regardless of where he was born, Obama also became a British citizen/subject by descent from his British father.*

> *As applicable only to a Presidential Article II 'natural born Citizen':*

> *...the individual must be born in the United States to a mother and father who are themselves United States citizens (by birth or naturalization). This is to assure that a would-be, all powerful President and Commander in Chief of the Military has sole allegiance and loyalty to the United States from the time of birth.*

> *It is public knowledge that Obama has admitted in his writings and otherwise that when he was born, his father was a British citizen/subject and not a United States citizen and that at that time he himself also became such. In fact, his father was not even a permanent resident of the United States, but rather only a student who would probably have been here only on a temporary student visa. Hence, not only was Obama's father not a United States citizen but Obama himself was born a British subject/citizen. Hence, clearly, Obama is not and cannot be an Article II 'natural born Citizen.' The operative facts are not in dispute."*

Mario Apuzzo, Esq.
Licensed Attorney
Jamesburg NJ 08831

## 2) Obama was a British citizen 'at birth.'

*"Since Barack Obama's father was a citizen of Kenya and therefore subject to the jurisdiction of the United Kingdom at the time of Obama's birth, then Obama was a British citizen 'at birth.' "*

*"The Framers of the Constitution, at the time of their birth," Donofrio writes, "were also British citizens, and that's why the Framers declared that, while they were citizens of the United States, they themselves were not 'natural born citizens."*

*"Therefore," Donofrio summarizes, "even if he were to produce an original birth certificate proving he were born on U.S. soil, he still wouldn't be eligible to be president."*

Leo Donofrio, Esq.
Licensed Attorney
State of New Jersey

## COUNT TWO:

## The charge of "Treason" against Obama is before the people of the United States of America. That such complaint is CRIMINAL, of high crimes, and extremely damaging against the people.

Said complaint was formally brought by a Military Officer (retired) of the United States of America. All United States Military Officers are sworn to uphold the Constitution of the United States and such complaint is valid, explicit and proper; when an Officer is aware of such malfeasance of Treason by an offender it is that Officer's SWORN duty to come forward and present such accusation and complaint;

## The Military Officer who filed the complaint is Lt. Commander Walter Fitzpatrick, III, retired, United States Navy and a graduate of the United States Naval Academy;

Lt. Commander Fitzpatrick on March 17, 2009 did hereby make such criminal accusation and complaint against Obama and presented said complaint before the U.S Attorney Russell Dedrick, and Assistant U.S. Attorney Edward Schmutzer, Eastern District, Tennessee;

An original photocopy of said complaint was submitted to the Grand Jury as evidence for immediate investigation;

**Said original photocopy of the complete criminal complaint is attached as Exhibit "A" hereto and made a part hereof;**

Lt. Commander Fitzpatrick was sworn under oath before the Grand Jury to testify as to the true nature and details regarding said criminal complaint filed against Obama;

Said criminal complaint by Lt. Commander Fitzpatrick and his "accusation of Treason" is quoted in the excerpt below:

*"Now you [Obama] have broken in and entered the White House by force of contrivance, concealment, conceit, dissembling, and deceit. Posing as an impostor president and commander in chief you have stripped civilian command and control over the military establishment. Known military criminal actors-command racketeers-are now free in the exercise of military government intent upon destruction of America's constitutional government.*

***We come now to this reckoning. I accuse you and your military-political criminal assistants of TREASON.*** *I name you and your military criminal associates as traitors. Your criminal ascension manifests a clear and present danger. You fundamentally changed our form of government. The Constitution no longer works.*

*Confident holding your silent agreement and admission, I identify you as a foreign born domestic enemy.*

*My sworn duty Mr. Obama is to stand against what you stand for. You are not my president. You are not my commander in chief."*

## Scope of Investigations and Deliberations of the Grand Jury hearing

**Wherefore, the Grand Jury conducted its session over a period of 10 days from Monday, June 15, 2009 through Wednesday, June 24, 2009. The final voting days were conducted on Tuesday and Wednesday, June 23 through June 24, 2009.**

The American Grand Jury met in closed session comprising an attendance of 173 jury members, 3 regular Jury Foremen, plus 1 Jury Foreman (as moderator). The Jury Foreman who was the moderator did not vote. The final vote included 172 jury members. The final voting count was tabulated and attested to on Wednesday, June 24, 2009

Such hearing was conducted online in a private website for the express purpose of conducting said Grand Jury assembly and hearing. Such hearing was secure and unencumbered by outside intervention or public intrusion.

Each Jury member had full access to the evidence, written and visible (in the form of scanned and photographed documents embedded in said private website). Each Jury member was given 8 days (in advance) in private session (using the facilities of the private website) to study the evidence, present questions and form an opinion as to the validity and truthfulness of said evidence.

The final Grand Jury voting days of June 23, 2009 through June 24, 2009 were scheduled following said 8 days of evidence review.

**<u>All counts (as listed above) were voted upon by the 172 jury members.</u>**

All communications (email, chat messages, jury foreman messages, surveys, reports, testimony) were conducted in written English. All said communications were securely saved in a database server as permanent records.

**<u>The final votes were as follows: 172 members voted "Yes" to hand down the Presentments against Obama.</u>**

The Grand Jury concluded the hearing after handing down the final vote and affirming said counts and presentments.

## <u>The Presentments and such Remedies as prayed for by the Grand Jury</u>

**Now therefore:**

The Grand Jury hereby prays the Court take said Presentments and formally charge AND prosecute Obama under **Count One: fraud against the people of the United States of America by reason of:**

**<u>That Obama is NOT eligible under the laws of the Constitution of the United States as provided for in Article II, Section 1.</u>**

**Furthermore,** the Grand Jury hereby prays the Court will formally charge AND prosecute Obama with "Treason" as attested to in **Count Two:**

**That the charge of "Treason" against Obama is before the people of the United States of America. That such complaint is CRIMINAL, of high crimes, and extremely damaging against the people.**

**Given on this day and year** of June 24, 2009 by final vote of the Jury Members of said American Grand Jury.

**Said presentments** are hereby attested to and verified by the 4 Jury Foremen on this day and year as first above mentioned:

_____

**Robert J. Campbell, Jury Foreman and Moderator**

_____

**Antonio B. Hinton, Jury Foreman**

_____

**William R. Cardwell, Jury Foreman**

_____

**Mack Ellis, Jury Foreman**



---

## Identification of Jury Foreman (moderator)

**Name:  Robert John Campbell**

**Status:  United States Citizen**

**Address: P.O. Box 1513, Nogales, AZ 85628**

Signature:

**Passport number is concealed for privacy.  This information is available to the proper authorities, if required.**



Identification of Jury Foreman

**Antonio B. Hinton**
**United States Citizen**
**Knoxville, Tennessee**



Identification of Jury Foreman

**William Randall Cardwell**
**United States Citizen**
**Knoxville, Tennessee**



Identification of Jury Foreman

**Mack Ellis**
**United States Citizen**
**Jonesboro, Arkansas**

| | | | | |
|---|---|---|---|---|
| Gladys - AK | YES | | Rudy - CA | YES |
| Carol - AL | YES | | Roger - CA | YES |
| Rhonda - AL | YES | | Blaine - CO | YES |
| Marie - AL | YES | | Kathleen - CO | YES |
| Jacqueline T. - AL | YES | | Jeff - CO | YES |
| Gregory - AL | YES | | Brigette - CO | YES |
| Larry - AL | YES | | Colette - CO | YES |
| Carol - AL | YES | | Lynn - CO | YES |
| Bill T. - AL | YES | | Sharon - CT | YES |
| Dallas T. - AL | YES | | Tyler - CT | YES |
| MACK - AL | YES | | Peter - CT | YES |
| John - AR | YES | | William - FL | YES |
| David - AR | YES | | Rev Charles - FL | YES |
| Betty - AR | YES | | Jerry - FL | YES |
| Bobbi - AR | YES | | Robert - FL | YES |
| Kay - AR | YES | | Dominick - FL | YES |
| Jacque - AR | YES | | Rose Ann - IL | YES |
| Lesli - AR | YES | | Carl - FL | YES |
| William - AR | YES | | Nancy - FL | YES |
| Maggie - AZ | YES | | Ken - FL | YES |
| Sal - AZ | YES | | Harry - FL | YES |
| Carole - AZ | YES | | Ron - FL | YES |
| debbi - AZ | YES | | Jim - FL | YES |
| Karen - AZ | YES | | Kent - HI | YES |
| Patricia - AZ | YES | | Julie - IL | YES |
| Arthur - AZ | YES | | Sister Mary - IL | YES |
| Dick - AZ | YES | | Dale - IL | YES |
| Barbara - AZ | YES | | Mary Ann - IL | YES |
| Melissa - AZ | YES | | Peter - IL | YES |
| Jackie - CA | YES | | Barb - IL | YES |
| James - CA | YES | | Pat - IL | YES |
| Carol - CA | YES | | Bob - IL | YES |
| Roberta - CA | YES | | Julie - IN | YES |
| Alexander - CA | YES | | Susan - IN | YES |
| Rebecca - CA | YES | | Patricia - IN | YES |
| Debra - CA | YES | | Bob - KS | YES |
| Neil - CA | YES | | David - KS | YES |
| Sharon - CA | YES | | Lois - KY | YES |
| Glenn - CA | YES | | Lynn - KY | YES |
| Ray - CA | YES | | Mark - LA | YES |
| Fran - CA | YES | | JOHN - LA | YES |
| Jeff - CA | YES | | Ann Marie - MA | YES |
| Elaine - CA | YES | | Lynne - MA | YES |

## Voting Register - A

| | | | | |
|---|---|---|---|---|
| Sherri - MA | YES | | Marsha - TN | YES |
| George - MA | YES | | Cathie - TN | YES |
| Thom - MD | YES | | Mac - TN | YES |
| Ann - ME | YES | | J.J. - TN | YES |
| Chris - MI | YES | | William C. - TN | YES |
| Trish - MO | YES | | James - TN | YES |
| Charles - MO | YES | | Josh - TN | YES |
| Stanley - MO | YES | | Fran - TN | YES |
| Jackie - MO | YES | | Robert - TX | YES |
| Paul - MO | YES | | Judy - TX | YES |
| Jean - MO | YES | | Jeanette - TX | YES |
| Jerry - MO | YES | | Carl - TX | YES |
| Bill - MO | YES | | Al - TX | YES |
| Yvette - MS | YES | | Toni - TX | YES |
| SHAWN - MS | YES | | Thomas - TX | YES |
| Robert - NC | YES | | Alecia - TX | YES |
| Tish - NC | YES | | Kenneth - TX | YES |
| Jonathan - NC | YES | | Barbara - TX | YES |
| David - NC | YES | | Lesley - TX | YES |
| Greg - NH | YES | | Laura - TX | YES |
| Sue - NH | YES | | Sheilah - TX | YES |
| Jeff - NM | YES | | Lloyd - TX | YES |
| Jacqlyn - NV | YES | | Scott - TX | YES |
| dave - NV | YES | | William - TX | YES |
| Finbarr - NY | YES | | Penny - TX | YES |
| Eva - NY | YES | | Dianna - TX | YES |
| Renee - OH | YES | | Pete - TX | YES |
| Kanith - OH | YES | | Eric - TX | YES |
| Larry - OK | YES | | Darrell - TX | YES |
| Marcia - PA | YES | | Donna - TX | YES |
| Jim - PA | YES | | Phillip - TX | YES |
| Pam - PA | YES | | Linda - TX | YES |
| Gerry - PA | YES | | Ralph - VA | YES |
| Marsha - PA | YES | | Charlotte - VA | YES |
| Margaret - PA | YES | | Kaye - VA | YES |
| Kristy - SC | YES | | Shawn - WA | YES |
| Jeff - SC | YES | | Janice - WA | YES |
| John - SC | YES | | Keith - WA | YES |
| Eldon - SD | YES | | Steve - WA | YES |
| Phil - TN | YES | | Mike - WA | YES |
| Antonio - TN | YES | | John D - WA | YES |
| Byra - TN | YES | | Geri - WI | YES |
| William - TN | YES | | Carole - WV | YES |

## Voting Register – B

## Total votes cast:  172 – unanimous – YES



## UNITED STATES NAVAL ACADEMY

### Tuesday, 17 March 2009

**To: Mr. Barack Hussein Obama**

Via: U.S. Attorney Russell Dedrick, and Assistant U.S. Attorney Edward
Schmutzer, Eastern District. Tennessee

From: Walter Francis Fitzpatrick, III, United States Navy Retired

Distribution: Wide

### SUBJECT: CRIMINAL ALLEGATION REGARDING THE COMMISSION OF TREASON

I have observed and extensively recorded treacherous attacks by military-
political aristocrats against the United States Constitution for twenty years.

Now, in yet another betrayal, you have broken in and entered the White
House by force of contrivance, concealment, conceit, dissembling, and
deceit. Posing as an imposter president and commander in chief, you have
stripped civilian command and control over the military establishment.
Known military criminal actors – command racketeers – are now free in the
exercise of military government intent upon destruction of America's
constitutional government.

Free from constitutional restraint, and following your criminal example,
military commanders deployed U.S. Army active duty combat troops into
the small civilian community of Samson, Alabama last week in a
demonstration of their newly received despotic, domestic police power.

We come now to this reckoning. I accuse you and your military-political
criminal assistants of TREASON. I name you and your military criminal

associates as traitors. Your criminal ascension manifests a clear and present danger. You fundamentally changed our form of government. The Constitution no longer works.

Confident holding your silent agreement and admission, I identify you as a foreign born domestic enemy.

My sworn duty, Mr. Obama, is to stand against what you stand for. You are not my president. You are not my commander in chief.

Obedient to the Constitution in submission of this criminal accusation, I remain steadfast, and

**Born fighting,**

Walter Francis Fitzpatrick III.
Class of 1975

Notarized before me this 17th day of March, 2009
Crystal M Bledsoe

My Comm. expires on: 8-24-11

7:44 a.m.

