UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In re Super American Grand Jury § § § § § § § §   Misc. No. 09-346 (RCL)

**FILED**
SEP 1 0 2009
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Pending before the Court is the Super American Grand Jury's motion to reconsider this Court's July 2, 2009 order denying the Super American Grand Jury leave to file its "presentments" against President Barack Obama. Petitioner's motion for reconsideration is hereby GRANTED and they are given leave to file their "presentments," upon tendering the filing fee to the Clerk of Court, however, should the fee be tendered the presentments will be dismissed as the petitioners lack standing to enforce the criminal laws of the United States. *See, e.g.*, *Linda R.S. v. Richard D.*, 410 U.S. 614, 619 (1973); *see also In re Persico*, 522 F.2d 52, 54 (2d Cir. 1977); *Powell v. Katzenbach*, 359 F.2d 234, 234–35 (D.C. Cir. 1965) (per curiam) ("[T]he question of whether and when prosecution to be instituted is within the discretion of the Attorney General.")

SO ORDERED this 10th day of September 2009.

ROYCE C. LAMBERTH
Chief Judge
United States District Court