**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

*FILED
OCT -5 2009
Clerk, U.S. District and
Bankruptcy Courts*

| | |
|---|---|
| In re Super American Grand Jury § § § § § § § | Misc. No. 09-346 (RCL) |

## ORDER

The Online Petition of the Super American Grand Jury is hereby ordered lodged in the record of this case. However, the Court notes that the Petition's purpose is mooted by the Court's September 10th order.

**SO ORDERED** this 5th day of October 2009.

ROYCE C. LAMBERTH
Chief Judge
United States District Court