UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In re Super American Grand Jury § § § § § § § Misc. No. 09-346 (RCL)

FILED
NOV 0 3 2009
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

The attached document shall be lodged in the record of this case. No action upon it will be taken, however, until the petitioners have complied with this Court's September 10, 2009 order.

**SO ORDERED** this 3rd day of November 2009.

_____
ROYCE C. LAMBERTH
Chief Judge
United States District Court