# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

In Re: Super American Grand Jury

Re: ORDER, Dated Sept. 10, 2009
Issued by the Honorable
Royce C. Lamberth
Chief Judge
United States District Court

§
§
§
§
§
§
§
§

Misc. No. 09-346 (RCL)

# Response to Court Order

American Grand Jury [hereinafter "AGJ"] hereby files this "Response to Court Order" before the United States District for the District of Columbia in response to the Order [hereinafter "Order"] issued by Judge Royce C. Lamberth on September 10, 2009 in re: Super American Grand Jury.

## Introduction

On September 10th, 2009 this Court issued an Order with regard to the pending AGJ Presentments served upon the Court. The Court dated its Order on September 10th, 2009, however, the Court did not publish or send the Order to AGJ until the 3rd week in September.

AGJ responds with the following arguments based on the Court's stipulations in the Order:

## Arguments

### The Court stipulated in the Order that:

*"Petitioner's Motion for Reconsideration is hereby GRANTED and they are given leave to file their 'presentments' upon tendering the filing fee to the Clerk of the Court.."*

**Response by AGJ:** In the above stipulation, the Court has completely misinterpreted the mission of this Grand Jury. AGJ is NOT filing anything. We are a Grand Jury. We are not a plaintiff, a petitioner or a party to any lawsuit. The Presentments have

been served upon this Court. As such, this Court should not attempt to diminish the importance of AGJ's actions by suggesting they must "file" their Presentments or "tender" a fee to the Court. This is absolutely outrageous and out of the question. The Presentments before the Court are legal and binding. The Presentments MUST be accepted and acted upon by the Court.

### The Court further stipulated:

"..however, should the fee be tendered the Presentments will be dismissed as the petitioners lack standing to enforce the criminal laws of the United States."

**Response by AGJ:** This is a "play on words" by the Court. By using the word "petitioners" the Court is trying to imply that the standing of the Grand Jury is merely that of a petitioner, plaintiff or party to a lawsuit. This implication is, of course, not true.

The Court suggests that AGJ lacks standing to enforce the criminal laws of the United States of America. This statement by the Court is misleading. Without question AGJ has standing but not to enforce criminal laws. We are a Grand Jury tasked with the job of reviewing and voting on criminal evidence and handing down Presentments. It is the Court's job to prosecute and enforce the criminal laws.

The Court made an extremely prejudicial statement when they declared they would dismiss the Presentments if filed. For a Court to make such a statement prior to reviewing the evidence and criminal charges is inflammatory and tantamount to "Obstruction of Justice."

**Standing:** When a crime is committed where such action expressly violates the Constitution, then first, there must be a determination if such action was unconstitutional; if it was, then all citizens should have standing by virtue of the 9th Amendment, which expressly reserves to "We the People" any right not specified in the Constitution. And since there is no right granted in the constitution, for any branch [or person] to violate the constitution, the people retain the right to see that it [the Constitution] is enforced.

**Article III Courts cannot abdicate their own Jurisdiction.** The United States District Court for the District of Columbia is an Article III Court. Jurisdiction extends to any Article III Court as follows:

### Article III, Section 2 of the United States Constitution

The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority..

**The "shall extend to all Cases" is a mandatory statement, as much as it is a universal one.** If the Court refuses to extend its jurisdiction to all Cases, then it is acting unconstitutionally. **The "arising under this Constitution", clearly explains that it is the duty of the Court to uphold the Constitution.**

For the Court to refuse to uphold the Constitution, **for any reason whatsoever,** is innately unconstitutional, because it directly contradicts the duty of the Article III Judiciary.

**It is worth keeping in mind the words of U.S. Supreme Court Chief Justice John Marshall when he wrote in Cohens v. Virginia 19 US 264 (1821):**

*"It is most true that this Court will not take jurisdiction if it should not: but it is equally true, that it must take jurisdiction if it should. The judiciary cannot, as the legislature may, avoid a measure because it approaches the confines of the constitution. We cannot pass it by because it is doubtful. With whatever doubts, with whatever difficulties, a case may be attended, we must decide it, if it be brought before us. We have no more right to decline the exercise of jurisdiction which is given, than to usurp that which is not given. The one or the other would be treason to the constitution. Questions may occur which we would gladly avoid; but we cannot avoid them. All we can do is, to exercise our best judgment, and conscientiously to perform our duty.."*

**And finally, the Court stipulated:**

*"The question of whether and when prosecution to be initiated is within the direction of the Attorney General."*

**Response by AGJ:** If the Court is stating that the Attorney General shall have the right ["direction"] to decide prosecution concerning the AGJ Criminal Presentments, then that assertion is unconstitutional. This Court cannot abdicate its power or jurisdiction. The Attorney General is an "appointee" of the Administration. As such, the Attorney General has no authority over the Judicial Branch of Government in deciding whether the AGJ Presentments can be prosecuted.

We must remind the Court that 273 jury members comprised of "We the People" handed down the AGJ Presentments. These Presentments are Constitutional in nature and should be protected and preserved under the laws of that Constitution. Furthermore, these Presentments specifically charge Barack Obama with violating the laws of the Constitution. The Attorney General is an "appointee" of Barack Obama. The mere suggestion that such an "appointee" can decide the fate or prosecution of Mr. Obama is without question a serious conflict of interest. The "separation of powers" between the Judiciary and Executive Branch are guaranteed and protected under the supreme law of the land. This Court should not, under any circumstances, violate those sacred powers.

This Article III Court has the complete authority and standing to prosecute the charges handed down in the AGJ Presentments. For this Court to not do so would be a gross dereliction of its "sworn" duty to protect and defend the Constitution and the People.

## Summary

The Court made various stipulations in the Order. All stipulations were based on assumptions that were misleading or materially false.

1) The Court tried to imply AGJ was a petitioner or party to a lawsuit subject to filing restrictions and fees. This is not true. AGJ's Presentments are criminal charges. Such Presentments were "served" upon the Court. These Presentments have now become the responsibility of the Court to review and prosecute the named defendants if the charges are deemed credible.

2) The Court then suggested AGJ lacked standing to enforce the criminal laws of the United States of America. This statement by the Court it misleading. AGJ certainly has standing but not to enforce criminal laws. We are a Grand Jury tasked with the job of reviewing and voting on criminal evidence and handing down Presentments. It is the Court's job to prosecute and enforce the criminal laws. The true standing is vested in the Constitution and with "We the People." Once the Presentments are handed down, it is the duty of the Court to proceed.

3) The Court made an extremely prejudicial statement when they declared they would dismiss the Presentments if filed. That statement is an attack on the Constitution and the People. For a Court to make such a statement prior to reviewing the evidence and criminal charges is tantamount to "Obstruction of Justice" and possibly "Misprision of Treason or Felony." The Court, its Judges, and employees cannot in good faith serve the Constitution or the People by refusing to do their jobs if they in anyway try to hide, ignore or fail to investigate criminal Grand Jury charges placed before them.

4) Finally, the Court suggested the Attorney General was the only person to direct a criminal prosecution within this Court. This is absolutely ridiculous. This is an Article III Court. This Court is well within its responsibility and jurisdiction to prosecute a criminal case against the defendants named in the AGJ Presentments. Why would the Court even consider seeking the advice of the Attorney General when convening a prosecution against Barack Obama? Barack Obama appointed the Attorney General. The Attorney General has a major conflict of interest here.

## Conclusion

It is time for the Court and the Honorable Judge Royce C. Lamberth to stop handing down Orders that avoid the real issues at hand. This Country is suffering from a major Constitutional crisis. The People are aware of the fact that the Court is dragging its feet. Should the Court fail to act the situation is only going to get worse. The Constitution provides the People with a direct means of addressing grievances and "ferreting out" criminal violations of the Constitution. That means is the Grand Jury process. This Court needs to act by reviewing the evidence and charges handed down in the AGJ Presentments. Once the evidence is found credible, the Court needs to indict and prosecute the defendants. Refusing to act is no longer an option.

Respectfully executed this _15th_ day of October, 2009 by Robert J. Campbell and Mack Ellis.


_____

    Robert J. Campbell
    American Grand Jury
    Jury Foreman


_____

Mack Ellis
Alternate Jury Foreman

State of _Arkansas_

County of _Craighead_

On this, the _15th_ day of _October_ _____, 2009, before me a notary public, the undersigned, personally appeared Mack Ellis, known to me (or satisfactorily proven) to be the person whose name is subscribed to this document, and acknowledged that he is the Alternate Jury Foreman for American Grand Jury, October 7th hearing, and executed the herein document for the purposes of attesting to and affirming the "Response to Court Order" written by Robert J. Campbell.

In witness hereof, I hereunto set my hand and official seal.

_Jelena Prichard_

Notary Public

**Correspondence and Notices to:**

Mack Ellis
4913 Inverness Run Drive
Jonesboro, AR 72401
mackellis@suddenlinkmail.com
870-932-8889



OFFICIAL SEAL
JELENA PRICHARD
NOTARY PUBLIC-ARKANSAS
CRAIGHEAD COUNTY
MY COMMISSION EXPIRES: 07-16-14

The State of _WASHINGTON, DC_

Jurisdiction: _U.S. District Court_

| | |
|---|---|
| **Barack Obama, aka: Barack Obama, Jr., aka: Barack Hussein Obama, aka: Barry Soetoro; aka: Barry Obama; aka: Barack Obama, presumed President of the United States; Nancy Pelosi, Chair of the DNC; Democratic National Convention, et al.**<br><br>_**Defendants**_ | **Received by:**<br>(Court stamp or person's name and signature) |

# Grand Jury Presentments
## Re: Fraud (eligibility), Treason and Election Fraud

**WARNING:** These are Grand Jury Criminal Presentments. These documents are NOT a lawsuit or a Court filing. The Court named in the Jurisdiction above is being SERVED said Criminal Presentments according to the Constitutional rights as guaranteed to the Citizens of the United States of America.

Any Court clerk, employee, representative, Judge, Prosecutor or Officer of the Court that refuses to accept these Presentments can be held accountable for violating Constitutional law. Such violation may include "Obstruction of Justice" or "Misprision of Treason or Felony." Judicial Article III Courts are required to review and respond to these Presentments.

**Jurisdiction: Article III Courts cannot abdicate their own Jurisdiction.**

### Article III, Section 2 of the United States Constitution

_The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority_

**The "shall extend to all Cases" is a mandatory statement, as much as it is a universal one.** If the Court refuses to extend its jurisdiction to all Cases, then it is acting unconstitutionally. **The "arising under this Constitution", clearly explains that it is the duty of the Court to uphold the Constitution.**

For the Court to refuse to uphold the Constitution, or the constitutional exercise of authority by the other 2 branches of government, **for any reason whatsoever**, is innately unconstitutional, because it is directly contrary to the duty of the Article III Judiciary.

**Standing:**  When a crime is committed where such action expressly violates the Constitution, then first, there must be a determination if such action was unconstitutional; if it was, then all citizens should have standing by virtue of the 9th Amendment, which expressly reserves to "We the People" any right not specified in the Constitution.  And since there is no right granted in the constitution, for any branch [or person] to violate the constitution, the people retain the right to see that it is enforced.

The Grand Jury Presentments presented herein have been handed down by virtue of the rights vested under Amendment 1 and 5:

### Amendment I of the United States Constitution

*Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press;* ***or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.***

### Amendment V of the United States Constitution

*No person shall be held to answer for a capital, or otherwise infamous crime,* ***unless on a presentment*** *or indictment* ***of a Grand Jury.**.*

**Constitutional "standing" regarding these presentments is therefore vested with the People.**

**Such standing by the People** shall then require that the Judicial Court determine if the criminal activity being charged in said Presentments are indeed in violation of Constitutional law and if so, the Court must act to prosecute such charges.

PRESENTMENTS Served by Name: _MACK Ellis'_

Address (state and zip only): _4913 Inverness Run Jonesboro, AR 72401_

Serving Person's Signature: _Mack Ellis_

## Attachments hereto are made a part hereof:

1) **Grand Jury Presentments**
2) **Evidence as noted by Exhibits**

State of _Arkansas_

County of _Craighead_

On this, the _15th_ day of _October_, 2009, before me a notary public, the undersigned, personally appeared

_Mack Ellis_ , known to me (or satisfactorily proven) to be the person whose name is subscribed to this document, and acknowledged that he/she is the person that served said Presentments to the Court as stated herein.

In witness hereof, I hereunto set my hand and official seal.

_Jlena Prichard_
Notary Public

```
OFFICIAL SEAL
JELENA PRICHARD
NOTARY PUBLIC-ARKANSAS
CRIAGHEAD COUNTY
MY COMMISSION EXPIRES: 07-16-14
```

**Contact Information – Please contact the following person for responses, motions, or questions regarding these Presentments:**

**Mack Ellis**
**American Grand Jury**
**4913 Inverness Run Dr**
**Jonesboro, AR 72401-8061**
**Phone:  870-932-8889**
**Email:** mackellis@suddenlinkmail.com

# Presentments:  American Grand Jury

# October 7, 2009

On October 7, 2009 the American Grand Jury concluded its final day of deliberations and handed down presentments with regard to CRIMINAL activity, complaints and allegations presented before the Super Grand Jury II [hereinafter known as "Grand Jury"].

Such charges and presentments of criminal activity were handed down against the person(s) known as Barack Obama, aka: Barack Obama, Jr., aka: Barack Hussein Obama, aka: Barry Soetoro; aka: Barry Obama; aka: Barack Obama, presumed President of the United States [hereinafter known as "Obama"]; Nancy Pelosi, Chair of the DNC; Democratic National Convention; et al.

Said Grand Jury was duly organized and empowered under the laws of the Constitution of United States of America as follows:

## Scope and Authority of the Grand Jury

The Constitution of the United States, Amendment 1 and Amendment 5, known as portions of the Bill of Rights state as follows:

**Amendment 1:** *Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.*

**Amendment 5:** *No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury,*

Said Grand Jury was convened under the power and authority vested with the people as guaranteed under the Constitution, Amendments 1 and 5, Bill of Rights.

The convened Grand Jury was "national" in nature, represented by people of the United States, said people being citizens as were sworn under Oath as to Eligibility for and Service in behalf of the Grand Jury:

**Each Jury member was eligible as follows:**

1) A citizen of the United States;
2) A citizen of eighteen (18) years or older;
3) A resident of a State chartered within the United States of America;
4) Was in possession of his/her natural faculties, of ordinary intelligence, of sound judgment and of fair character;
5) Possessed a sufficient knowledge of the English language;
6) Were not serving as a trial juror in any court;
7) Had not been convicted of a malfeasance in office, a felony, or other high crime;
8) Were not serving as an elected public officer.

**Each Jury member did SWEAR or AFFIRM as follows:**

> *"That I (jury member) shall diligently inquire, and true presentment make, of all such matters as may be given me before the jury, or shall come to my knowledge, touching such service. I shall present no person through prejudice or ill will, nor leave any un-presented through fear or favor, but in all my presentments shall endeavor to present the truth, the whole truth, and nothing but the truth (affirmed) or so help me God (sworn)."*

Said affirmation or sworn oath was duly subscribed by appearance of each jury member before a notary public whereby each jury member affirmed or swore the Oath of Office for service to the Grand Jury.

Each original jury member's "Oath of Office and Eligibility" document was sealed and recorded in a central location for purposes of empowering the Grand Jury.

A jury foreman (moderator) and alternate jury foreman were appointed to conduct the Grand Jury hearing.

Said Grand Jury hearing was conducted in secrecy. All evidence was sealed and protected. All presentments (charges) were voted upon. Said Grand Jury was comprised of 274 regular Grand Jury members, including 1 Jury Foremen and 1 Alternate Jury Foreman.

# Criminal complaints placed before the Grand Jury:

## COUNT ONE:

**That Obama is NOT eligible under the laws of the Constitution of the United States as provided for in Article II, Section 1.**

### Said Article II, Section 1 states:

> *"No person except **a natural born** Citizen, or a Citizen of the United States, at the time of the Adoption of this Constitution, shall be eligible to the Office of President; neither shall any Person be eligible to that Office who shall not have attained to the Age of thirty-five Years, and been fourteen Years a Resident within the United States."*

**Wherefore, Obama is not a "natural born" Citizen for the following reasons:**

**1) Obama was NOT born of mother and father who were BOTH US Citizens.**

**2) Obama was a British Citizen "at birth."**

**3) Obama was born in Kenya.**

**4) Obama's mother did not meet US Immigration laws necessary to pass US Citizenship to Obama.**

**Page –2–**

**See Count One "EVIDENCE" Exhibits 1, 2, 3 and 4 attached hereto and made a part hereof.**

### COUNT TWO:

**The charge of "Treason" against Obama is before the people of the United States of America. That such complaint is CRIMINAL, of high crimes, and extremely damaging against the people.**

Said complaint was formally brought by a Military Officer (retired) of the United States of America. All United States Military Officers are sworn to uphold the Constitution of the United States and such complaint is valid, explicit and proper; when an Officer is aware of such malfeasance of Treason by an offender it is that Officer's SWORN duty to come forward and present such accusation and complaint;

**The Military Officer who filed the complaint is Lt. Commander Walter Fitzpatrick, III, retired, United States Navy and a graduate of the United States Naval Academy;**

**See Count Two "EVIDENCE" Exhibit 5 attached hereto and made a part hereof.**

### COUNT THREE:

**The Democratic National Convention in conjunction with Nancy Pelosi, Chair of the DNC, has committed fraud against the electorate, the States and people of the United States. Pelosi, in conjunction with Barack Obama and others, conspired to withhold the truth about Obama's eligibility when vetting and subsequently nominating Obama on the DNC ticket.**

**See Count Three "EVIDENCE" Exhibits 6 and 7 attached hereto and made a part hereof.**

## Deliberations of the Grand Jury hearing

**Wherefore, the Grand Jury conducted its session over a period of 7 days from Wednesday, September 30, 2009 through Tuesday, October 6, 2009. The final voting days were conducted on Tuesday and Wednesday, October 6th through October 7th, 2009.**

The American Grand Jury met in closed session comprising an attendance of 274 jury members, including 1 regular Jury Foremen (moderator) and 1 Alternate Jury Foreman. The Jury Foreman who was the moderator did not vote. The final vote included 273 jury members. The final voting count was tabulated and attested to on Wednesday, October 7, 2009.

Such hearing was conducted online in a private website for the express purpose of conducting said Grand Jury assembly and hearing. Such hearing was secure and unencumbered by outside intervention or public intrusion.

Each Jury member had full access to the evidence, written and visible (in the form of scanned and photographed documents embedded in said private website). Each Jury member was given 7 days (in advance) in private session (using the facilities of the private website) to study the evidence, present questions and form an opinion as to the validity and truthfulness of said evidence.

## All counts (as listed above) were voted upon by the 273 jury members.

All communications (email, chat messages, jury foreman messages, surveys, forum reviews, reports, testimony) were conducted in written English. All said communications were securely saved in a database server as permanent records.

## The final votes were as follows: 273 members voted "YES" to hand down the Presentments against Obama. The voting was unanimous.

The Grand Jury concluded the hearing after handing down the final vote and affirming said counts and presentments.

## The Presentments and such Remedies as prayed for by the Grand Jury

**Now therefore:**

The Grand Jury hereby prays the Court take said Presentments and formally charge and prosecute Obama under **Count One: fraud against the people of the United States of America by reason of:**

> ### That Obama is NOT eligible under the laws of the Constitution of the United States as provided for in Article II, Section 1.

**Furthermore,** the Grand Jury hereby prays the Court will formally charge and prosecute Obama under **Count Two: Treason against the Constitution and People of the United States as follows:**

**That the charge of "Treason" against Obama is before the people of the United States of America. That such complaint is CRIMINAL, of high crimes, and extremely damaging against the people.**

**Furthermore,** the Grand Jury hereby prays the Court will formally charge and prosecute Obama, Pelosi and the Democratic National Convention under **Count Three: election fraud and conspiracy against the people of the United States of America as follows:**

**The Democratic National Convention in conjunction with Nancy Pelosi, Chair of the DNC, has committed fraud against the electorate, the States and people of the United States. Pelosi, in conjunction with Barack Obama and others, conspired to withhold the truth about Obama's eligibility when vetting and subsequently nominating Obama on the DNC ticket.**

**Given on this day and year** of October 7, 2009 by final vote of the Jury Members of said the Grand Jury.

**Said presentments** are hereby attested to and verified by the Jury Foremen and Alternate Jury Foreman on this day and year as first above mentioned:

_____

**Robert J. Campbell, Jury Foreman and Moderator**

_____

**Mack Ellis, Alternate Jury Foreman**

**Page -5-**



**Identification of Alternate Jury Foreman**

**Mack Ellis**
**United States Citizen**
**Arkansas**

Margaret - PA
Marie - AL
Marsha - PA
Marsha - TN
Marshall - LA
Marvin - FL
Mary - MI
Mary - SC
Mary Ann - IL
Maura - MA
Mel - CO
Melissa - AZ
Michael - FL
Mike - FL
Mike - MI
Mike - TX
Mike - WA
Mobray - MO
Monica - VA
Nancy - FL
Nancy - MS
Nancy - PA
Neil - CA
Nina - TX
Norm - FL
Pam - PA
Pamela - FL
Pat - CA
Pat - WA
Patricia - AZ
Patricia - FL
Patricia - IL
Paul - MO
Peggy - WA
Penny - CA
Pete - CT
Pete D. - TX
Peter - IL
Phil - TN
Ralph - IN
Ralph - VA
Ray - CA
Raymond - AZ
RD Black - TX
Regina - AR
Regina - WA
Renay - WA
Renee - OH
Rhonda - AL
Richard - CA

Rick - NV
Rio - AZ
Robert  - WA
Robert - FL
Robert - ID
Robert - IL
Robert - NC
Robert - NJ
Robert - NY
Roberta - CA
Rodney - KY
Roger M. - CA
Ron - FL
Ron - IL
ROSE ANN - FL
Rudy - CA
Ruth - AZ
Sal - AZ
Sally - MI
Sandra - FL
Sandy - IL
Scott - AR
Sharon - CA
Sharon - CT
SHAWN - MS
Shawny - WA
Sheila - VA
Sherri - MA
Sherri - NM
Shirley - NJ
Sonia - CA
Sonia - MT
Stan - CA
Stan - MO
Stan - NC
Steve - AZ
Steve - PA
Steve - WA
Steven - NE
Steven - NY
Sue - NH
Susan - IN
Susan J. - TX
Susan O. - TX
Suzanne - IL
Terri - AL
Terri - OR
Terry - FL
Thom - MD
Thomas - FL

Thomas - ID
Thomas - TX
Tim - MS
Timothy - PA
Tish - NC
Tom - FL
Toni - TX
TONY - SC
Trish - MO
Vernand - WI
Victoria - AZ
William - AL
William - AR
William - MS
William - NM
William - TN
William B. - TX
William D. - TX
William I. - FL
William O.  - FL
William R. - TX
William W. - TX
William Wy. - TX

**Total Votes:
273**

**Voting unanimous:**

**YES**

**Votes cast: EXHIBIT**

**Inclusive of Pages 1 and 2**

# EXHIBIT 1 - Evidence

## Obama "forged" Birth Certificate.

The Obama campaign and election representatives before and after the election posted the document [seen below] on the Internet for millions to see. This document has no information on it that could possibly prove Obama is a "natural born" citizen. On top of that, this document has been proven over and over by experts to be "photo shopped" and a forgery.



# EXHIBIT 2 - Evidence

## Obama Birth Certificate showing him born in Kenya.

On September 4, 2009, an **Affidavit and Copy of a Obama's Certificate of Birth** was filed with the United States District Court in Southern California, represented by Orly Taitz. This document clearly shows Obama was born in Kenya.



COAST PROVINCE GENERAL HOSPITAL

Mombasa, British Protectorate of Kenya.

**CERTIFICATE OF BIRTH**

Certificate No. ___32018___

Child's name in full   **BARACK HUSSEIN OBAMA II** _____ / Sex ___ **M**

was born to

**STANLEY ANN OBAMA**        **DUNHAM**        **11/29/1942**
_Full Name of Mother_        _Maiden Surname_        _Date of Birth_

**BARACK HUSSEIN OBAMA**                **1936**
_Full Name of Father_            _Date of Birth_

on the **4th day of AUGUST, 1961** at **7:24 PM**

**7 pounds 1 ounce**        **18 inches**        **6 inches**
_Weight of Child at Birth_   _Length_   _Width Between Shoulders_

**HONOLULU, HAWAII,**            **WICHITA, KANSAS,**
**UNITED STATES**                **UNITED STATES,**
_Residence of Mother_            _Birth Place of Mother_

**KANYADHIANG VILLAGE, NYANZA**      **STUDENT**      **STUDENT**
_Birth Place of Father_   _Occupation of Father_   _Occupation of Mother_

**JAMES O. W. ANG'AWA**
_Name of Attending Doctor_        _Signature of Attending Doctor_   _Date_

**JOHN KWAME ODONGO**
_Supervisor of Obstetrics_

_Signature_   **8-7-1961**   _Date_

# EXHIBIT 3 - Evidence

**A. <u>Obama NOT born of two US citizen parents</u>**

**B. <u>Obama was a British citizen "at birth."</u>**

§ - Under the British Nationality Act 1948[BNA 1948], Obama's father was a British citizen/subject when he was born in the English colony of Kenya.

§ - Obama's father continued to be such and not a U.S. citizen when Obama was born in 1961.

§ - Under the same BNA 1948, at birth, regardless of where he was born, Obama also became a British citizen/subject by descent from his British father.

**<u>Attorney Mario Apuzzo:</u>**

*It is public knowledge that Obama has admitted in his writings and otherwise that when he was born, his father was a British citizen/subject and not a United States citizen.. In fact, his father was not even a permanent resident of the United States, but rather only a student who would probably have been here only on a temporary student visa. Hence, not only was Obama's father not a United States citizen but Obama himself was born a British subject/citizen. Clearly, Obama is not and cannot be an Article II "natural born" citizen.*

# EXHIBIT 4 - Evidence

## Obama's mother did not meet US Immigration laws necessary to pass US Citizenship to Obama at time of birth.

### § - Kerchner et al vs. Obama & Congress, et al.

79. There exists a possibility that Obama could be an illegal alien.

80. Obama has yet to adequately prove that he was born in the United States.

81. Obama has publicly conceded that his father was born in Kenya and a British subject/citizen at the time of Obama's birth which precluded Obama from gaining any U.S. citizenship from his father at the time of his birth.

82. **At the time of his birth in 1961, under the applicable statute Obama also could not gain U.S. citizenship from his U.S. citizen mother due to her being only 18 years old at the time of his birth. ENDNOTE 15.**

83. There also exists the possibility that if Obama had U.S. citizenship at birth, he lost that citizenship when his mother's second husband, Lolo Soetoro, an Indonesian citizen, adopted/acknowledged him as his son and along with his mother took him to live in Indonesia and when he later traveled as a foreign citizen with a foreign passport to Pakistan after the age of majority [18] when he was approximately 20.

**ENDNOTE 15:** A child born in wedlock and abroad to one U.S. citizen parent and one alien parent acquires U.S. citizenship at birth under Section 301(g) INA, provided the citizen parent was physically present in the U.S. for the time period required by the law applicable at the time of the child's birth. (For birth on or after November 14, 1986, a period of five years physical presence, two after the age of fourteen is required. **For birth between December 24, 1952 and November 13, 1986, a period of ten years, five after the age of fourteen are required for physical presence in the U.S. to transmit U.S. citizenship to the child).**

## Attorney Mario Apuzzo:

*Obama's mother, born on November 29, 1942, was 18 years old when she gave birth to Obama on August 4, 1961. She was 117 days short from being 19 years old. But she had to be at least 19 years old (14 years old plus 5 years of U.S. physical presence) to satisfy the legal requirement of Section 301(g). **Hence, if Obama was born in Kenya, under the Fourteenth Amendment, he is neither a U.S. citizen by birth on U.S. soil nor one by naturalization.** (There is no existing evidence that Obama was ever naturalized.) Nor would he qualify to be a U.S. citizen by any act of Congress by being born abroad to a U.S. citizen parent.*

***If this scenario were proven to be true, it can be reasonably argued that Obama is an illegal alien.***

# EXHIBIT 5 - Evidence

**Fitzpatrick Treason Complaint filed with US Attorney Russell Dedrick and Assistant US Attorney Edward Schmutzer, Eastern District Tennessee.**



### UNITED STATES NAVAL ACADEMY

### Tuesday, 17 March 2009

**To:** Mr. Barack Hussein Obama

**Via:** U.S. Attorney Russell Dedrick, and Assistant U.S. Attorney Edward
Schmutzer, Eastern District, Tennessee

**From:** Walter Francis Fitzpatrick, III, United States Navy Retired

**Distribution:** Wide

**SUBJECT:  CRIMINAL ALLEGATION REGARDING THE
COMMISSION OF TREASON**

I have observed and extensively recorded treacherous attacks by military-
political aristocrats against the United States Constitution for twenty years.

Now, in yet another betrayal, you have broken in and entered the White
House by force of contrivance, concealment, conceit, dissembling, and
deceit.  Posing as an imposter president and commander in chief, you have
stripped civilian command and control over the military establishment.
Known military criminal actors – command racketeers – are now free in the
exercise of military government intent upon destruction of America's
constitutional government.

Free from constitutional restraint, and following your criminal example,
military commanders deployed U.S. Army active duty combat troops into
the small civilian community of Samson, Alabama last week in a
demonstration of their newly received despotic, domestic police power.

We come now to this reckoning.  I accuse you and your military-political
criminal assistants of TREASON.  I name you and your military criminal

# EXHIBIT 5 - page 2

associates as traitors. Your criminal ascension manifests a clear and present danger. You fundamentally changed our form of government. The Constitution no longer works.

Confident holding your silent agreement and admission. I identify you as a foreign born domestic enemy.

My sworn duty, Mr. Obama, is to stand against what you stand for. You are not my president. You are not my commander in chief.

Obedient to the Constitution in submission of this criminal accusation. I remain steadfast, and

**Born fighting,**

Walter Francis Fitzpatrick III.
Class of 1975

Notarized before me this 17th day of March, 2009
Crystal M Bledsoe
My Comm expires on: 8-24-11
7:40 p.m.

# EXHIBIT 6 - Evidence - DNC1

**Fraudulent Nomination Document # 1 filed by the Democratic National Convention with 49 States' Election commissions.**



DEMOCRATIC NATIONAL COMMITTEE

**RECEIVED**

AUG 29 2008

SC ELECTION COMM.

## OFFICIAL CERTIFICATION OF NOMINATION

THIS IS TO CERTIFY that at the National Convention of the Democratic Party of the United States of America, held in Denver, Colorado on August 25 though 28, 2008, the following were duly nominated as candidates of said Party for President and Vice President of the United States respectively

### For President of the United States

**Barack Obama**
5046 South Greenwood Avenue
Chicago, Illinois 60615

### For Vice President of the United States

**Joe Biden**
1209 Barley Mill Road
Wilmington, Delaware 19807

Nancy Pelosi
Chair, Democratic National
Convention

Alice Travis Germond
Secretary, Democratic National
Convention

City and County of Denver )
 ) ss
State of Colorado )

Subscribed and sworn to before me in the City and County of Denver, State of Colorado, this 28 day of August, 2008.

SHALIFA A. WILLIAMSON
Notary Public
State of Colorado
My Commission Expires September 06, 2011

Notary Public

September 6, 2011
Commission expiration date

Democratic Party Headquarters ■

# EXHIBIT 6 - Evidence - DNC2

**Fraudulent Nomination Document # 2 filed by the Democratic National Convention with State of Hawaii Election Commission.**



DEMOCRATIC NATIONAL COMMITTEE

### OFFICIAL CERTIFICATION OF NOMINATION

THIS IS TO CERTIFY that at the National Convention of the Democratic Party of the United States of America, held in Denver, Colorado on August 25 though 28, 2008, the following were duly nominated as candidates of said Party for President and Vice President of the United States respectively and that the following candidates for President and Vice President of the United States are legally qualified to serve under the provisions of the United States Constitution:

**For President of the United States**

**Barack Obama**
5046 South Greenwood Avenue
Chicago, Illinois 60615

**For Vice President of the United States**

**Joe Biden**
1209 Barley Mill Road
Wilmington, Delaware 19807

Nancy Pelosi
Chair, Democratic National
Convention

Alice Travis Germond
Secretary, Democratic National
Convention

City and County of Denver )
                          ) ss:
State of Colorado          )

Subscribed and sworn to before me in the City and County of Denver, State of Colorado, this 28th day of August, 2008.

SHALIFA A. WILLIAMSON
Notary Public
State of Colorado
My Commission Expires September 06, 2011

Notary Public

September 6, 2011
Commission expiration date

Democratic Party Headquarters ■ 430 South Capitol Street, SE ■ Washington, D.C. 20003 ■ (202) 863-8000 ■ Fax (202) 863-8174
Paid for by the Democratic National Committee. Contributions to the Democratic National Committee are not tax deductible.
Visit our website at www.democrats.org

# EXHIBIT 6 - Evidence - DNC Details

**Barack Obama refused throughout the vetting process to produce proof that he was a "natural born" citizen as required by the Constitution. On Obama's word alone, Nancy Pelosi caused documents to be signed and distributed to forty nine of the fifty States hiding the fact Obama was not eligible for nomination or election.** Many others, including State DNC organizations, allowed the truth about Obama's eligibility to be hidden from the electorate and the public. The charge of fraud is now clearly a conspiracy of fraud against the electorate, public and the United States of America.

**TWO nomination documents were prepared.  The second document [DNC2] included the "Constitutional" certification within the declaration:**

*THIS IS TO CERTIFY that at the National Convention of the Democrat Party of the United States of America, held in Denver, Colorado on August 25 through 28, 2008, the following were duly nominated as candidates of said Party for President and Vice President of the United States respectively **and that the following candidates for President and Vice President of the United States are legally qualified to serve under the provisions of the United States Constitution..***

**The first [DNC1] document expressly excluded the "Constitutional" certification from the declaration:**

*THIS IS TO CERTIFY that at the National Convention of the Democrat Party of the United States of America, held in Denver, Colorado on August 25 though 28, 2008, the following were duly nominated as candidates of said Party for President and Vice President of the United States respectively..*

Nancy Pelosi, the DNC and local State DNC Chapters filed the "non-Constitutional" certification document with the Election Commissions in forty-nine of the fifty States.

The two separate Nomination Certifications are complete with date stamps, matching signatures, even the same Notary of Public authentication.

As a result of the "Constitutional" Nomination Certification not being filed with forty-nine States the Election Commissions within these States were defrauded as the truth about Obama's vetting and eligibility was purposely withheld, therefore misrepresented.

The 50th State, Hawaii, is a mystery as to why the DNC submitted the Constitutional Certification. It is assumed the State of Hawaii demanded the wording be included in the Certification. However, by filing this Constitutional "version" with Hawaii and not the other 49 States it ADDS to the fraud, conspiracy and guilt. Why would the DNC even prepare (2) documents? The issue still remains, Obama is not a "natural born" citizen and the vetting of him by the DNC was misrepresented and fraudulent.

**Not only is this fraud, it is a conspiracy because multiple parties were involved.**

# EXHIBIT 7 - Evidence

**Adding to the guilt and the intentional fraud conspired by the DNC, it should be recognized that the Republican National Convention (RNC) filed nomination documents with ALL 50 States declaring their national candidates as " meeting the Constitutional requirements for the Office.."**

# CERTIFICATE OF NOMINATIONS

## *State of Tennessee:*

We do hereby certify that at a National Convention of Delegates representing the Republican Party of the United States, duly held and convened in the City of Saint Paul, State of Minnesota, on September 4, 2008, the following person, meeting the constitutional requirements for the Office of President of the United States, and the following person, meeting the constitutional requirements for the Office of Vice President of the United States, were nominated for such offices to be filled at the ensuing general election, November 4, 2008, viz.

| | | | |
|---|---|---|---|
| President of the United States | JOHN McCAIN | Republican | 2211 East Camelback Road Phoenix, Arizona 85016 |
| Vice President of the United States | SARAH PALIN | Republican | 1140 West Parks Highway Wasilla, Alaska 99654 |

IN TESTIMONY WHEREOF, we have hereunto set our hand this 4th day of September, 2008

Permanent Address of Chairman of Convention }  JOHN A. BOEHNER
7371 Chester Cup Lane
West Chester, OH 45069

Chairman of the
2008 Republican National Convention

Permanent Address of Secretary of Convention }  JEAN A. INMAN
457 Central Street
Avon, MA 02272

Secretary of the
2008 Republican National Convention

John A. Boehner, being duly sworn, says that he was the presiding officer of the Convention of Delegates mentioned and described in the foregoing certificate, and that the said Jean A. Inman was the secretary of such convention, and that said certificate and the statements therein contained are true to the best of his information and belief

Subscribed and sworn to before me this 4th day of September, 2008

Notary Public
My Commission expires on the 31 day of 1, 2010

Jean A. Inman, being duly sworn, says that she was the secretary of the Convention of Delegates mentioned and described in the foregoing certificate, and that the said John A. Boehner was the presiding officer of such convention, and that said certificate and the statements therein contained are true to the best of her information and belief.

Subscribed and sworn to before me this 4th day of September, 2008

Notary Public
My Commission expires on the 31 day of 1, 20



**Identification of Jury Foreman (moderator)**

Name:  **Robert John Campbell**

Status:  **United States Citizen, Arizona**

Signature:

**Passport number is concealed for privacy.  This information is available to the proper authorities, if required.**

**Page -7-**

Al - TX
Alecia - TX  .
Alexander - CA
Anita - TX
Ann - FL
Ann - ME
Ann Marie - MA
Arthur - AZ
Barbara - AZ
Barbara - IL
Bill - MO
Billy - CO
Billy - TX
Bobbi - AR
Bobbie - AL
Bonnie - ID
Bradley D. - KS
Bradley K. - KS
Brian - CO
Brigette - CO
Byra - TN
Carl - TX
Carol - CA
CarolAnn - TX
Carole - AZ
Caroline - MN
Caryn - TX
Charles - MO
Charles - VA
Charlotte - VA
Cheryl - NC
Chris - MI
Cindy - TX
Collete - CO
Dale - IL
Dale - PA
Dallas - AL
DanCT - CT
Daniel - TX
Darrell - TX
Dave - KS
David - AR
DavidR - FL
Dean - VA
Deborah - NC
Debra - CA
Deidra - TN
Diane - CA
Diane - TN
Dianna - TX

Dick - AZ
Dominick - FL
Donna - TX
Drew - CA
Drew - CO
Ed - CA
Elissa - OR
Eric - TX
Eugene - FL
Eva - NY
Finbarr - NY
Florence - MS
Fran - TN
Frank - AZ
Frank - MI
Frank - PA
Gary - IL
George  - MA
George - IA
Geri - WI
Gerry - PA
Gladys  - AK
Greg - NH
Gregory - AL
Hank - SC
Harold - AR
Harry  - CA
ilene   - MD
J.J. - TN
Jackie - CA
Jackie - MO
Jackie - MT
Jacqlyn - NV
Jacque - AR
Jacqueline - AL
Jacqueline - FL
Jacques - FL
James - CA
James - FL
James - GA
Jan - CA
Janet - MT
Janice - WA
Jean - MO
Jeanette - TX
Jeff - AZ
Jeff - NM
Jeff - SC
Jerry - FL
Jerry - MO

Jerry - WV
Jim - AR
Jim - PA
Jimmy - TX
Jo Ann - OR
Joan - NY
John - AR
John - FL
John - VA
Johnny  - WA
Jonathan - NC
Joseph - FL
Josette - AZ
Julie - IL
Julie - IN
Kanith - OH
Karen - AZ
Kaye - VA
Ken - FL
Ken - MT
Kenneth - FL
Kenneth - TN
Kenneth - TX
Kristen - NC
Kristy - SC
larry - AL
Larry - OK
Laura - TX
Laurel - FL
Laurence - CA
Lawrence - NY
Lesley - TX
Lesli - AR
Leticia - CA
Linda - CA
Linda - TX
Linda - WA
Lisa - CA
Lloyd - TX
Lois - KY
LUANNE - IL
Lynda - OR
Lynn - CO
Lynn - ID
Lynne - MA
Mac - TN
Mack - AR
Maggie - AZ
Marcia - FL
Marcia - PA