UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 21 2010
Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| In re Super American Grand Jury § § § § § § § | Misc. No. 09-346 (RCL) |

## ORDER

The attached document shall be lodged in the record of this case. No action upon it will be taken, however, until the petitioners have complied with this Court's September 10, 2009 order.

**SO ORDERED** this 21st day of January 2010.

ROYCE C. LAMBERTH
Chief Judge
United States District Court